UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SEAMOUNT INTERNATIONAL
ASSOCIATION LTD.,

      Petitioner,

- against -

KUEHNE & NAGEL LTDA.,

      Respondent.
-------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Petitioner certifies that the following are corporate parents, subsidiaries, or affiliates of the Petitioner:

                            NONE.

Dated: July 27, 2006
       New York, NY

                            The Petitioner,
                            SEAMOUNT INTERNATIONAL ASSOCIATION LTD.,

By:     *[signature]*
        Patrick F. Lennon (PL 2162)
        Nancy R. Peterson (NP 2871)
        TISDALE & LENNON, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 (Phone)
        (212) 869-0067 (Fax)
        plennon@tisdale-lennon.com
        npeterson@tisdale-lennon.com