**EXHIBIT 4**

**KN**
**KUEHNE & NAGEL**

Kuehne & Nagel Ltda.

Av. Brig. Faria Lima, 2066
6º Andar - 01451-905
São Paulo - SP - Brasil
Tel    :+55-11-3037 3300
Fax   :+55-11-3037 3333
www.kn-portal.com

Santos, March 14, 04

To

SCAN TRANS

Attn ; Master of MV Global Traveller

Re: DAMAGE ON BOARD

We hold your company fully responsible for the damage occurred with the cargo during loading operation on March 13, 04 at night shift.

Damaged packages as follows;

64/113
65/113
66/113

Best Regards

João Percincula
Project Department
Kuehne & Nagel Ltda
Phone 0055-11-3037-3312
C05004

As mercadorias são transportadas por conta e risco de nossos clientes. Serão seguradas mediante autorização escrita. Em todas as operações de transporte nossa responsabilidade não poderá exceder, em hipótese alguma, à assumida conosco pelas companhias aéreas, ferroviárias, rodoviárias e de navegação ou por qualquer outro intermediário envolvido no transcurso do transporte. Os fretes estão subordinados às alterações das tarifas aéreas, marítimas e terrestres e sujeitos às flutuações cambiais. Estamos conduzindo nossos negócios com base nas "NORMAS DA FIATA APLICÁVEIS AOS SERVIÇOS DE DESPACHO DE CARGA", disponíveis mediante solicitação.

# KÜHNE+NAGEL



| | |
|---|---|
| Assuranceforeningen Skuld<br>Attn. Michael Boje-Larsen<br><br>Copenhagen<br><br>e-mail: cph@skuld.com | Kühne + Nagel (AG & Co) KG<br>Zentrale Projektleitung<br><br>Pinkertweg 20<br>22113 Hamburg (Billbrook)<br><br>Telefon (0 40) 73337-753<br>Telefax (0 40) 73337-761 |

14th March 2005

**Subject:**   „GLOBAL TRAVELLER" – Santos / Callao

Dear Mr. Boje-Larsen,

The subject vessel has carried equipment for a knocked down brewery from Santos to Callao / Peru, which was discharged in the port of Callao on 2nd April 2004 under a booking note dated 10th December 2003 between

**Seamount International Association Ltd**
**C/o Scan Trans**
(as carrier)         and

**Kuehne + Nagel Ltda., Sao Paulo / Brazil**
(as merchant).

Several damages had been caused to the cargo during loading and ocean voyage, of which the vessel's agents had been notified as per attached communications.

We were advised by the ship's agent in Peru, Portuaria Taylor S.A.C., that the claim against the owner, carrier and captain of the vessel had been submitted by them to the representative of the vessel's P&I Club in Peru - "Andes Pacific" - to the attention of Dr. Frederik Korsvagen. We have been advised now that you are the P&I Club having covered the said vessel for the subject voyage.

There has been no response to the claim yet and our interim investigations have resulted in the following information:

1.)   **Carrier as per booking note.**

   Seamount International Association Ltd.,
   represented by Scan Trans Inc., Houston / U.S.A. as agents

2.)   **Owners of the vessel at the time of the voyage:**

   Unifleet B.V., Rosendaal / Netherlands

**KÜHNE + NAGEL** 

3.) Today's owner's of the vessel:

Scan Trans Chartering KS, Denmark
The vessel was sold on 20th Oct. 2004 and re-named to "TAIPAN SCAN"

We have been approached by you – as Danish Defence Club – 24th January 2005 on behalf of **Compass International Association Ltd.** c/o Scan Trans Inc., who are said to be the carrier under the subject booking note for the voyage from Santos to Callao, with a request to respond to an alleged claim, since the Danish Defence Club has provided a FD&D cover to Seamount International Association c/o Scan Trans for the subject voyage.

In our response to the Danish Defence Club we had asked to request the "carrier" for a time-suit extension for the claim for cargo damages, but have not received any confirmation in this respect yet.

The fact that the carrier as per booking note is **Seamount International Association Ltd.** and the carrier under the FD&D cover is said to be **Compass International Association Ltd.**, both c/o Scan Trans has led to confusion on our side.

We would very much appreciate your information,

- whether the P&I cover for the voyage is provided by you,
- who is the actual carrier of this voyage / shipment, with it's registered place of business,
- whether you have been informed via "Andes Pacific" in Peru of the claim for cargo damages

and furthermore would like to receive your confirmation that a time-suit extension will be granted by you for the final settlement of the cargo damages caused during the loading and ocean voyage.

Kindly let us have your response until 17th March 2005.

Yours faithfully

Kuehne + Nagel (AG&Co.)
ppa.

Nils Wolf
Director – Corporate Project Division