**EXHIBIT 6**

1219

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com



TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

January 10, 2006

<u>*Via Facsimile: (212) 332-8301*</u>
Ernest H. Gelman, Esq.
45 Rockefeller Plaza, Suite 2452
New York, NY 10111

Re:   <u>Seamount International v. Kuehne + Nagel; 12/10/03 booking note</u>
      Our ref: 1219

Dear Mr. Gelman:

Please be advised that we represent Seamount International with regard to the above referenced matter. We refer to your letter of March 24, 2005 to Seamount International c/o San-Trans demanding arbitration pursuant to Clause 38 of the Liner Booking Note. Please be advised that Seamount counterclaims against the K+N entities that you represent for unpaid freight, costs and other damages arising from their breach of the Booking Note.

Your March 24, 2005 letter proposes three individuals from which to choose a sole arbitrator, including Mr. David W. Martowski. Please be advised that Seamount accepts Mr. Martowski as the sole arbitrator for this dispute. We will write separately to Mr. Martowski requesting that he accept the parties' joint nomination and will copy you on that correspondence.

Very truly yours,

Patrick F. Lennon

PFL/bhs

THOMAS L. TISDALE        PATRICK F. LENNON        CHARLES E. MURPHY        KEVIN J. LENNON        LAUREN C. DAVIES        NANCY R. PETERSON
ADMITTED IN NY & CT      ADMITTED IN NY & CT      ADMITTED IN NY & CT      ADMITTED IN NY & CT    ADMITTED IN CT         ADMITTED IN CT



11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

January 10, 2006

*Via Facsimile: (212) 332-8301*
Ernest H. Gelman, Esq.
45 Rockefeller Plaza, Suite 2452
New York, NY 10111

Re: *Seamount International v. Kuehne + Nagel*; 12/10/03 booking note
Our ref: 1219

Dear Mr. Gelman:

Please be advised that we represent Seamount International with regard to the above referenced matter. We refer to your letter of March 24, 2005 to Seamount International c/o San-Trans demanding arbitration pursuant to Clause 38 of the Liner Booking Note. Please be advised that Seamount counterclaims against the K+N entities that you represent for unpaid freight, costs and other damages arising from their breach of the Booking Note.

Your March 24, 2005 letter proposes three individuals from which to choose a sole arbitrator, including Mr. David W. Martowski. Please be advised that Seamount accepts Mr. Martowski as the sole arbitrator for this dispute. We will write separately to Mr. Martowski requesting that he accept the parties' joint nomination and will copy you on that correspondence.

Very truly yours,

Patrick F. Lennon

PFL/hha

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

LAUREN C. DAVIES
ADMITTED IN CT

NANCY R. PETERSON
ADMITTED IN CT

---

*** Transmit Conf. Report ***

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912123328301#-/1219 | NORMAL | 10,10:02 | 0'17" | 1 | # O K | |

Jan 10 2006 10:02                                                                 P.1

TISDALE & LENNON, LLC