EXHIBIT 7

1219



11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
Fax (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

TL@Tisdale-Lennon.com

www.Tisdale-Lennon.com

January 10, 2006

***Via Facsimile: (212) 579-6277***
Mr. David W. Martowski
91 Central Park West
New York, NY 10023

Re:    **Seamount International v. Kuehne + Nagel; 12/10/03 booking note**
       Our ref: 1219

Dear Mr. Martowski:

We represent Seamount International with regard to the above referenced matter. Mr. Gelman, reading in copy, represents certain Kuehne + Nagel entities that have asserted claims against Seamount based on alleged cargo damage. He has demanded arbitration, pursuant to Clause 38 of the Booking Note, by way of letter dated March 24, 2005 to Seamount International. His letter proposed three individuals, including you, as sole arbitrator. By separate letter dated today we have written to Mr. Gelman on Seamount's behalf advising of Seamount's counterclaims for unpaid freight, costs and other damages and accepting your nomination as sole arbitrator of the parties' claims and counterclaims.

At your earliest convenience we would appreciate your acknowledgement of this letter and your advice as to whether you are available and willing to accept appointment as sole arbitrator of this dispute.

Very truly yours,

Patrick F. Lennon

PFL/bhs

cc:    ***Via Facsimile: (212) 332-8301***
       Ernest H. Gelman, Esq.
       45 Rockefeller Plaza, Suite 2452
       New York, NY 10111

---

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

LAUREN C. DAVIES
ADMITTED IN CT

NANCY R. PETERSON
ADMITTED IN CT

11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
Fax (212) 869-0067

TL@Tisdale-Lennon.com



# TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 Spruce Street
Southport, CT 06890
(203) 254-8474
Fax (203) 254-1641

www.Tisdale-Lennon.com

January 10, 2006

*Via Facsimile: (212) 579-6277*
Mr. David W. Martowski
91 Central Park West
New York, NY 10023

Re:    *Seamount International v. Kuehne + Nagel; 12/10/03 booking note*
Our ref: 1219

Dear Mr. Martowski:

    We represent Seamount International with regard to the above referenced matter. Mr. Gelman, reading in copy, represents certain Keuhne + Nagel entities that have asserted claims against Seamount based on alleged cargo damage. He has demanded arbitration, pursuant to Clause 38 of the Booking Note, by way of letter dated March 24, 2005 to Seamount International. His letter proposed three individuals, including you, as sole arbitrator. By separate letter dated today we have written to Mr. Gelman on Seamount's behalf advising of Seamount's counterclaims for unpaid freight, costs and other damages and accepting your nomination as sole arbitrator of the parties' claims and counterclaims.

    At your earliest convenience we would appreciate your acknowledgement of this letter and your advice as to whether you are available and willing to accept appointment as sole arbitrator of this dispute.

Very truly yours,

Patrick F. Lennon

PFL/bhs

cc:    *Via Facsimile: (212) 332-8301*
Ernest H. Gelman, Esq
45 Rockefeller Plaza, Suite 2452
New York, NY 10111

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

LAUREN C. DAVIES
ADMITTED IN NY

NANCY R. PETERSON
ADMITTED IN CT

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912123328301#-/119 | NORMAL | 10:10:50 | 0'00" | 0 | 7.0.0 | BRDCAST |
| 912125796277#-/1219 | NORMAL | 10:10:42 | 0'17" | 1 | #0 K | BRDCAST |

↑ Check condition of remote fax.

11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
Fax (212) 869-0067

TL@Tisdale-Lennon.com

**Tisdale & Lennon, LLC**
Attorneys at Law

10 Spruce Street
Southport, CT 06890
(203) 254-8474
Fax (203) 254-1641

www.Tisdale-Lennon.com

January 10, 2006

***Via Facsimile: (212) 579-6277***
Mr. David W. Martowski
91 Central Park West
New York, NY 10023

**Re:** **Seamount International v. Kuehne + Nagel; 12/10/03 booking note**
Our ref: 1219

Dear Mr. Martowski:

We represent Seamount International with regard to the above referenced matter. Mr. Gelman, reading in copy, represents certain Keuhne + Nagel entities that have asserted claims against Seamount based on alleged cargo damage. He has demanded arbitration, pursuant to Clause 38 of the Booking Note, by way of letter dated March 24, 2005 to Seamount International. His letter proposed three individuals, including you, as sole arbitrator. By separate letter dated today we have written to Mr. Gelman on Seamount's behalf advising of Seamount's counterclaims for unpaid freight, costs and other damages and accepting your nomination as sole arbitrator of the parties' claims and counterclaims.

At your earliest convenience we would appreciate your acknowledgement of this letter and your advice as to whether you are available and willing to accept appointment as sole arbitrator of this dispute.

Very truly yours,

Patrick F. Lennon

PFL/bhs

cc: ***Via Facsimile: (212) 332-8301***
Ernest H. Gelman, Esq.
45 Rockefeller Plaza, Suite 2452
New York, NY 10111

Thomas L. Tisdale, Admitted in NY & CT | Patrick F. Lennon, Admitted in NY & CT | Charles E. Murphy, Admitted in NY & CT | Kevin J. Lennon, Admitted in NY & CT | Lauren C. Davies, Admitted in CT | Nancy R. Peterson, Admitted in CT

** Transmit Conf. Report **

P.1 Jan 10 2006 11:20

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912123328301#-/1219 | NORMAL | 10,11:20 | 0'18" | 1 | # O K | |