# EXHIBIT 8

Case 1:06-cv-05648-LTS    Document 5-9    Filed 07/28/2006    Page 1 of 3

## Patrick Lennon

**From:** Patrick Lennon
**Sent:** Tuesday, January 10, 2006 4:04 PM
**To:** 'David Martowski'; egelman@gelmanesq.com
**Subject:** RE: Seamount International v. Kuehne + Nagel: 12/10/03 Booking Note

Dear Mr. Martowski,

I confirm safe receipt of your email. It would be Seamount's preference to proceed with initial written/documentary submissions to be followed by hearings, if necessary/requested.

I look forward to Mr. Gelman's position in due course.

Kind regards,

Patrick F. Lennon
Tisdale & Lennon, LLC

NY - 212-354-0025
CT - 203-254-8474
www.tisdale-lennon.com

***NOTICE***
This message is being sent by a lawyer. It may contain attorney-client or attorney work-product information subject to legal privilege. If you receive this email in error, please notify the sender. Thank you.

>-----Original Message-----
>**From:** David Martowski [mailto:dmartowski@verizon.net]
>**Sent:** Tuesday, January 10, 2006 3:46 PM
>**To:** Patrick Lennon; egelman@gelmanesq.com
>**Cc:** dmartowski@verizon.net
>**Subject:** Seamount International v. Kuehne + Nagel: 12/10/03 Booking Note
>
>Gentlemen:
>
>I refer to Mr. Lennon's fax of today's date and am pleased to accept your appointment as sole arbitrator in this matter.
>
>I have attached my CV and my disclosure follows.
>
>I have no recollection of ever having any business dealings with the parties to this dispute.
>
>I have sat as an arbitrator involving Mr. Lennon and his firm but have not had the pleasure of previously dealing with Mr. Gelman.
>
>I have no personal, financial or other interest in the outcome of this proceeding and know of no impediment to my hearing this dispute and rendering an impartial decision based solely on the evidence presented. I reserve the right to amend this disclosure should I think it appropriate to do so.
>
>My hourly rate is $225.
>
>Please confirm safe receipt of this email and advise whether you wish to proceed by the submission of

documents or whether hearings will be required.

Regards,
David Martowski

1/10/2006