# EXHIBIT 9

## Nancy Peterson

**From:** David Martowski [dmartowski@verizon.net]
**Sent:** Wednesday, May 10, 2006 3:17 PM
**To:** Nancy Peterson; plennon@tisdale.com
**Cc:** dmartowski@verizon.net
**Subject:** Fw: Kuehne & Nagel v. Seamount International

Dear Ms. Peterson,
As per your request.
Please promptly confirm safe receipt and your intentions in this matter.
Regards,
David Martowski


----- Original Message -----
**From:** David Martowski
**To:** Gelman, Ernest H. ; plennon@tisdale.com
**Cc:** DMartowski@verizon.net
**Sent:** Sunday, April 09, 2006 4:08 PM
**Subject:** Re: Kuehne & Nagel v. Seamount International

Gentlemen:
I thank Mr. Gelman for his email of the 4th and look forward to hearing from Mr. Lennon as to how he wishes to proceed.
Regards,
David Martowski


----- Original Message -----
**From:** Gelman, Ernest H.
**To:** David Martowski ; plennon@tisdale.com
**Sent:** Tuesday, April 04, 2006 10:31 AM
**Subject:** RE: Kuehne & Nagel v. Seamount International

April 4, 2004
Dear Messrs Martowski and Lennon:

My client has directed me to discontinue the arbitration proceedings. Its insurer has determined that the claim against Kuehne & Nagel Ltda is in an amount that it can adjust without the formal proceedings this aribration would have required. Mr. Lennon had mentioned that his client may have a claim against Kuehne & Nagel Ltda. If so, I suggest that he agree to the discontinuance without prejudice and provide me with the basis and documents supporting the claim so that I can get my client's response. From my client's perspective, there is no further need for the arbitration. Mr. Martowski's invoice for services will of course be honored. Thank you both for your patience.

Very truly yours,
Ernest Gelman


rom: David Martowski [mailto:dmartowski@verizon.net]
**Sent:** Monday, April 03, 2006 3:26 PM

7/7/2006

**To:** plennon@tisdale.com; Gelman, Ernest H.
**Cc:** DMartowski@verizon.net
**Subject:** Kuehne & Nagel v. Seamount International

Gents,

Kindly advise me of your intentions in this matter.

Regards,
David Martowski

7/7/2006