UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAMOUNT INTERNATIONAL ASSOCIATION Ltd.<br><br>Plaintiff,<br><br>-V-<br><br>KUEHNE & NAGEL, Ltda.<br><br>Defendants.. | **CERTIFICATE OF MAILING**<br><br><br><br>06 cv. 5648(LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**2nd Day of August, 2006**

I served the

Petition to confirm Arbitration
Summons
Affidavit of Nancy R. Peterson
Memorandum of Law in Support of
Petition to Confirm Arbitration
Order from Judge Laura Taylor Swain

filed and issued herein on the
27th Day of July, 2006

by mailing by Federal Express, return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

# 849-0234-4110    # _____    # _____

_J. Michael McMahon_
CLERK

Dated: New York, NY



| 11 West 42nd Street, Suite 900 | | 10 Spruce Street |
| --- | --- | --- |
| New York, NY 10036 | | Southport, CT 06890 |
| (212) 354-0025 | | (203) 254-8474 |
| Fax (212) 869-0067 | | Fax (203) 254-1641 |

## TISDALE & LENNON, LLC
ATTORNEYS AT LAW

www.Tisdale-Lennon.com

### FedEx International Air Waybill
For FedEx services worldwide

**1 From**
Date: 8-2-06
Sender's Name: Nancy R. Peterson
Company: Tisdale & Lennon, LLC
Address: 11 West 42nd St Suite 900
Address: New York
City: New York
State/Province: N.Y
ZIP/Postal Code: 10036

**2 To**
Recipient's Name: Karen Schoner
Phone: 551130373300
Company: KUEHNE-NAGEL Servicos Logisticos
Address: Av. Brig. Faria Lima 2066
Address: 6o andar
City: São Paulo
Country: Brazil
ZIP/Postal Code: 01451-905

**3 Shipment Information**
Total Packages: 1
Commodity Description: Documents
Value for Customs: 0
Total Value for Customs: 0

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Pak

**7a Payment** Bill transportation charges to:
☒ Sender
FedEx Acct. No.: 1627-2841-5

**7b Payment** Bill duties and taxes to:
☒ Sender
FedEx Acct. No.: 1627-2841-5

**8 Your Internal Billing Reference**
1219

FedEx Tracking Number: 8495 0234 4110

---

| Thomas L. Tisdale | Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Lauren C. Davies | Nancy R. Peterson |
| --- | --- | --- | --- | --- | --- |
| Admitted in NY & CT | Admitted in NY & CT | Admitted in NY & CT | Admitted in NY & CT | Admitted in CT | Admitted in NY & CT |