UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SEAMOUNT INTERNATIONAL         :
ASSOCIATION LTD.,
                               :   06 Civ. 5648 (LTS)
        Petitioner,
                               :   ECF CASE
    - against -
                               :

                               :

KUEHNE & NAGEL LTDA.,          :

        Respondent.            :
------------------------------------------------------X

### AFFIDAVIT OF SERVICE

State of Connecticut  )
                      )   ss:   Town of Southport
County of Fairfield   )

NANCY R. PETERSON, having been duly sworn, deposes and states the following under oath:

1. I am a member in good standing of the Bar of this Court and an attorney in the law firm of Tisdale & Lennon, LLC, which represents the interests of the Petitioner herein. I am familiar with the facts of this matter and make this Affidavit in Support of the Petitioner's Petition to Compel Arbitration.

2. On July 27-28 of 2006, Petitioner filed with the Court the following pleadings: Summons, Petition to Compel Arbitration, Memorandum of Law in Support of Petition to Compel Arbitration, and the Affidavit of Nancy R. Peterson in Support of Petition to Compel Arbitration.

3. The Honorable Laura Taylor Swain issued an Order on July 28, 2006, directing that service of the foregoing pleadings together with her Order be made on the Respondent within 10 days.

4. Service of the Summons, Petition to Compel Arbitration, Memorandum of Law in Support of Petition to Compel Arbitration, the Affidavit of Nancy R. Peterson in Support of Petition to Compel Arbitration and the Order of Judge Laura Taylor Swain was made on the Respondent by FedEx courier via the Clerk of the Court on August 4, 2006 pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). *See the Certificate of Mailing executed by the Clerk of the Court and the FedEx confirmation sheet annexed hereto as Exhibits "1" and "2."*

Dated: Southport, CT
August 4, 2006

_____
Nancy R. Peterson

Sworn to and subscribed before me this
4th day of August 2006

_____
NOTARY PUBLIC