EXHIBIT 2

―

This tracking update has been requested by:

Name:  Nancy

E-mail:  npeterson@tisdale-lennon.com

―

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 849502344110 |
| Reference: | 1219 |
| Ship (P/U) date: | Aug 3, 2006 |
| Delivery date: | Aug 4, 2006 10:27 AM |
| Sign for by: | L.FLAVIO |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.0 LB |

Shipper Information
naky r peyerson
TISDALE   LENNON LLC
11 west 42nd st suite 9000
new york
NY
US
10036

Recipient Information
karen schoner
kuehne nagel servicos logistic
av brig faria lima 2066
60 andar
sao paulo
BR
01451

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:32 AM  CDT on 08/04/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.