UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
SEAMOUNT INTERNATIONAL
ASSOCIATION, LTD.,                          :
                        Petitioner,
                                            :

        v.                                          06 Civ. 5648(LTS)
                                            :

KUEHNE & NAGEL LTDA.,
                                            :
                        Respondent.
                                            :
- - - - - - - - - - - - - - - - - x

### MOTION TO EXTEND TIME TO FILE OPPOSITION TO PETITION TO COMPEL ARBITRATION AND ADJOURN THE CONFERENCE SCHEDULED FOR AUGUST 24, 2006

        Respondent Kuehne & Nagel Ltda. hereby moves the Court for an Order extending time to oppose the petition to compel arbitration and adjourn the conference scheduled for August 24, 2006.  The undersigned counsel sought the consent of counsel for the petitioner, but was advised that such consent would not be given.  Respondent has not sought or obtained any previous extensions of time.  Such extension is timely and is necessary to allow additional time to prepare such opposition because counsel for respondent was out of town on vacation and did not return until Monday, August 14, 2006, at which time he received the petition and Order of this Court.

        Respondent respectfully requests that the Court (i) grant an additional 14 days by which to file its

opposition to the petition to compel arbitration and (ii)

adjourn the conference scheduled for August 24, 2006 for a

period of 14 days, or as to the Court seems just.

Dated:  New York, New York
        August 16, 2006

                              LAW OFFICES OF ERNEST H. GELMAN

                        By_____
                            Ernest H. Gelman (EG4748)
                          Attorneys for Respondent
                            Kuehne & Nagel Ltda.
                          45 Rockefeller Plaza
                          New York, New York 10111
                          (212) 332-2345