Declaration of Service

MEGAN L. MARTIN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Perkins & Dunnegan.

2. On August 16, 2006 I caused to be served by hand a true copy of the foregoing MOTION TO EXTEND TIME TO FILE OPPOSITION AND ADJOURN THE CONFERENCE on attorneys for plaintiff:

>   Nancy R. Peterson
>   Tisdale & Lennon, LLC
>   11 W.42nd Street, Suite 900
>   New York, New York 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August 2006.

_Megan L. Martin_
Megan L. Martin