CC

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

CRAMOUNT INTERNATIONAL
ASSOCIATION, LTD.,

               Petitioner,

       :

      v.         :

KUEHNE & NAGEL LTDA.,

       :

           Respondent.

       :

- - - - - - - - - - - - - - - - x

06 Civ. 5648 (LTS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/21/06
```

MOTION TO EXTEND TIME TO FILE OPPOSITION TO
PETITION TO COMPEL ARBITRATION AND ADJOURN THE
CONFERENCE SCHEDULED FOR AUGUST 24, 2006

Respondent Kuehne & Nagel Ltda. hereby moves the

Court for an Order extending time to oppose the petition to

compel arbitration and adjourn the conference scheduled for

August 24, 2006.  The undersigned counsel sought the

consent of counsel for the petitioner, but was advised that

such consent would not be given.  Respondent has not sought

or obtained any previous extensions of time.  Such

extension is timely and is necessary to allow additional

time to prepare such opposition because counsel for

respondent was out of town on vacation and did not return

until Monday, August 14, 2006, at which time he received

the petition and Order of this Court.

Respondent respectfully requests that the Court

(i) grant an additional 14 days by which to file its

Dated:   New York, New York
         August 16, 2006

                         LAW OFFICES OF ERNEST H. GELMAN

                         By
                            Ernest H. Gelman (EG4748)
                         Attorneys for Respondent
                            Kuehne & Nagel Ltda.
                         45 Rockefeller Plaza
                         New York, New York 10111
                         (212) 332-2345


The request is granted. The conference is adjourned to
September 29, 2006 at 10:30 AM.


                              SO ORDERED.

                                                      8/21/2006
                         LAURA TAYLOR SWAIN
                         UNITED STATES DISTRICT JUDGE