UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
- - - - - - - - - - - - - - - - - - x

SEAMOUNT INTERNATIONAL                :
ASSOCIATION LTD.,
                                      :
                Petitioner,
                                      :    06 Civ. 5648 (LTS)
        v.
                                      :
KUEHNE & NAGEL, LTDA.,
                                      :
                Respondent.
                                      :
- - - - - - - - - - - - - - - - - - x

DECLARATION OF SERVICE

        ERNEST GELMAN hereby declares pursuant to 28

U.S.C. 1746 that on August 21, 2006, he caused a true copy

of the following endorsed memorandum of Hon. Laura Taylor

Swain to be faxed to the attorney for petitioners:

            Nancy R. Peterson
            Tisdale & Lennon LLC
            11 West 42nd Street
            New York, New York 10036
            (212) 869-0067

        I declare under penalty of perjury that the

foregoing is true and correct.

        Executed this 21st day of August 2006.

                                    _____
                                    Ernest H. Gelman