**Exhibit A**

**WINDOW ON STATE GOVERNMENT**          CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



## Corporation Search

**Business Name Seamount International Association was not found.**
You may also call the Business Information Line at 1-800-252-1386.
Should you require assistance concerning the corporate information presented,
please contact tax.help@cpa.state.tx.us.

---

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy