**Exhibit B**

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



## <u>Corporation Search</u>

**Business Name Seamount International was not found.**
You may also call the Business Information Line at 1-800-252-1386.
Should you require assistance concerning the corporate information presented,
please contact <u>tax.help@cpa.state.tx.us</u>.

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>