**Exhibit C**

# SCAN-TRANS



SHIP OW.

- Home
- News
- Profile 
- History
- Founders/Principals
- Board of Directors
- Activities
- Offices
- Position List
- Patagonian Lines
- Contact
- Links
- Job Openings
- DA-Desk
- Login



## Profile

### History of Mønsted Chartering and Scan-Trans Shipping

**Mønsted Chartering**



From 1965 to 1975, Peter Mønsted learned the ropes of the shipping industry, beginning with his apprenticeship at Chr. Verner in Randers, Denmark. He then trained at Renck & Hessenmüller in Hamburg, Germany, as well as SeaCon and Intercar (now Ned Chartering) in London.

Returning to his native Denmark, Peter applied his early, hands-on education with chartering positions in Copenhagen at H. Knop A/S and Bidsted & Co. He subsequently moved an hour's drive south to Naestved, where he became the ship-owning manager of a local consortium with a combined fleet of 16 modern vessels.

In 1975, Peter decided it was time to chart his own course and established Mønsted Chartering K/S in Næstved.

Since that time, Mønsted Chartering has been active in virtually every aspect of the shipping industry, including general worldwide chartering of consignments ranging from coasters to Panamax, RO-RO and reefer chartering, as well as the sale and purchase of vessels.

Within the industry, Mønsted Chartering has become synonymous with the safe and reliable transport of IMO-classified material, defense equipment, arms and ammunition, explosives, tanks, and aircraft – the kinds of goods and materials that only an experienced, knowledgeable, and trusted company can handle.

As such, Mønsted Chartering has served most major merchants, traders, and government bodies around the world, incl. organizations such as the Military Sealift Command (MSC), United Nations (UN), Ministries of Defense (MODs), Armed Forces, GHQ's, Norinco/Nocinco, Roosnavorisk, GIAT, and Arianne-Consortium (fuels for rockets), among others.

In addition to its stature within the IMO-classified community, Mønsted Chartering has earned a reputation for first-class service and reliability – as well as rewarding its clients' bottom-line – in the project/heavylift market, and acts as the sole chartering agent for Compass Int. Ass. Ltd, operators of a variety of vessels suited for project cargoes, heavylift consignments and the parceling of dangerous and delicate goods.

Always an innovator, Mønsted Chartering realized early on the advantages advanced IT and communications systems provided for its operations and customers and has been a pioneer in the use of the Web, e-mail, and Comtext, among others.

**Scan-Trans Shipping**



Partners Lars Juhl and Lars Bonnesen opened Scan-Trans' first office in Singapore in 1993, and after a period of steady growth, moved its Project Department to Kuala Lumpur, Malaysia.

Almost simultaneously, Scan-Trans opened an office in Beijing, China to serve the vast 'Project' market and to act as the "protecting agents" for European owners and operators.

In 1997, the Singapore operation, which had been focused on dry bulk cargoes, was sold to a Norwegian concern, and Scan-Trans Malaysia became the company's regional headquarters.

Since the merger of Scan-Trans and Mønsted Chartering. The Scan-Trans organisation has opened numerous other offices and become agents for several succesful shipping lines. Here is a list of the company's offices and shipping lines in chronological order:

- **1975 Mønsted Chartering K/S**
  Næstved/Copenhagen, Denmark

- **1996 Scan-Trans Shipping & Chartering Sdn. Bhd.**
  Kuala Lumpur, Malaysia

- **1997 East Enterprise & Transport Association Ltd., B.V.I.**
  Exclusive agents being Scan-Trans Kuala Lumpur

- **1995 Scan-Trans China Limited.**
  Beijing, P.R. China

- **1998 Compass International Association Ltd., Liberia**
  Exclusive agents being Scan-Trans Denmark

- **1998 Scan-Trans Forwarding B.V.**
  Ridderkerk, Holland

- **1999 Scan-Trans Korea Co. Ltd.**
  Seoul, S. Korea

- **2000 Scan-Trans Middle East LLC**
  Dubai, UAE

- **2000 SynerShip Lines International LTd., BVI**
  Exclusive agents being Scan-Trans Dubai

- **2001 Pacific Transport Association Ltd., B.V.I.**
  Exclusive agents being Scan-Trans China

- **2001 Scan-Trans, Inc.**
  Houston Texas, USA

- **2002 Scan-Trans Chartering K/S, Denmark**
  becomes the official name for Mønsted Chartering K/S

- **2002 Scan-Trans (Brazil) LTDA**
  Vitoria, Brazil

- **2002 Scan-Trans Utama**
  Jakarta, Indonesia

- **2003 Seamount International Association Ltd., Liberia**
  Exclusive agents being Scan-Trans Houston

Our growth philosophy reflects our business policy: to establish ourselves at a new, strategically important location only if we can partner with the right local person to run the operations in the spirit and with the ethics of Scan-Trans.

Since its inception, Scan-Trans has served as the exclusive in-house brokers for:

- Compass International Association Ltd. (CIA), Liberia

- (Naestved/Denmark)
- East Enterprise & Transport Association Ltd. (EETA), B.V.I. (Kuala Lumpur/Malaysia)
- Synership Lines International Ltd. (SLI), B.V.I. (Dubai/United Arab Emirates)
- Seamount International Association Ltd. (SIA), Liberia (Houston/USA)
- Pacific Transport Association Ltd. (PTA), B.V.I. (Beijing/China)

These are all operators of worldwide tramp trade services as well as project cargo and heavylift.

Scan-Trans not only takes care of sales/chartering, but is also responsible for local operations, acting as on-site supercargoes when project and heavylift cargoes are loaded and discharged worldwide.

Scan-Trans Group has five full time supercargoes attending most loading and discharging operations worldwide.
This provides proper and safe cargo handling, stowage and lashing/securing arrangements. Combined with extensive preload planning, we can assure smooth operations and safe delivery of cargoes entrusted to us.



Ship Owners · Ship Managers · Ship Operators · Ship Brokers · Ship Agents · Project · Heavylift · IMO · Military Equipment · RO