```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
SEAMOUNT INTERNATIONAL
ASSOCIATION, LTD.,                 :
                Petitioner,
                                   :
        v.                             06 Civ. 5648(LTS)
                                   :
KUEHNE & NAGEL LTDA.,
                                   :
                Respondent.
                                   :
- - - - - - - - - - - - - - - - - x
```

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kuehne & Nagel Ltda. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: September 1, 2006

_____
SIGNATURE OF ATTORNEY