UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAMOUNT INTERNATIONAL           :
ASSOCIATION LTD.,
                                 :
         Petitioner,
                                 :      06 CV 5648 (LTS)
    - against -
                                 :

                                 :
KUEHNE & NAGEL LTDA.,
                                 :
         Respondent.
------------------------------------------------------------X

## DECLARATION OF CHARLES E. MURPHY
## IN SUPPORT OF PETITION TO COMPEL ARBITRATION

Charles E. Murphy declares under penalty of perjury of the laws of the United States of America as follows:

1.  I am a member in good standing of the Bar of this Court and am a member of the firm of Tisdale & Lennon, LLC, which represents the interests of the Petitioner, Seamount International Association Ltd. (hereinafter "Seamount" or "Petitioner") herein.

2.  I am familiar with the facts of the case, and I submit this Declaration in Support of Seamount's Petition to Compel Arbitration as against Respondent, Kuehne & Nagel Ltda. (hereinafter "K&N" or "Respondent").

3.  To date, in response to the Court's Order of Maritime Attachment dated July 27, 2006 and the Court's Process of Maritime Attachment and Garnishment, K&N's assets in the amount of $66,827.22 have been attached within this District.

4.  In reply to K&N's memorandum of law in opposition to Petition to Compel Arbitration, I attach hereto as Exhibit "1" a true and accurate copy of two filings from the United

States District Court for the Southern District of Texas, case number H-05-1076, captioned *Kuehne + Nagel Ltda, et al. v. M/V TAIPAN SCAN, etc., et al.* Specifically, I attach Joint Motion to Stay Pending Arbitration dated March 21, 2005 by which K&N stipulated that "the parties have agreed to resolve disputes in this action according to the maritime arbitration rules of the Society of Maritime Arbitrators Inc. in a pending New York arbitration proceeding." Also, I attach United States District Judge Rosenthal's Order dated March 28, 2005 that provided "the parties' joint motion to stay this case pending arbitration…is granted. This case is administratively closed pending the arbitration. The parties may move to reinstate the case on the court's active docket within 20 days from the date the arbitration proceeding is concluded." Seamount submits that these two documents demonstrate beyond any doubt that K&N agreed, and in fact intended, that all disputes between K&N and Seamount were subject to arbitration in New York.

5.  Also in reply to K&N's memorandum of law in opposition to Petition to Compel Arbitration, I attach hereto as Exhibit "2" Certificate of Mailing by the Clerk of the United States District Court for the Southern District of New York dated August 2, 2006 that evidences that Seamount provided written notice to K&N of this lawsuit that Seamount filed on July 27, 2006 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2006.

Charles E. Murphy (CM 2125)

## AFFIRMATION OF SERVICE

I hereby certify that on September 8, 2006, a copy of the foregoing –DECLARATION OF CHARLES E. MURPHY IN SUPPORT OF MOTION TO COMPEL ARBITRATION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
CHARLES E. MURPHY

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KUEHNE + NAGEL LTDA, *et al.* | § § | |
| *vs.* | § § | C.A. NO. H – 05 – 1076 |
| M/V TAIPAN SCAN, *etc., et al.* | § | |

## *JOINT MOTION TO STAY PENDING ARBITRATION*

TO THE HONORABLE LEE H. ROSENTHAL:

Plaintiffs, Kuehne + Nagel Ltda., KN Servicos de Logistica Ltda., Kuehne + Nagel S.A. and Transpac Container System Ltd., doing business as Blue Anchor Line, and Defendants Global Navigation, Inc. ("Global") and Seamount International Association Ltd. ("Seamount"), file this Motion to Stay Pending Arbitration, and respectfully submit:

### I.

The parties have agreed to resolve disputes in this action according to the maritime arbitration rules of the Society of Maritime Arbitrators Inc. in a pending New York arbitration proceeding.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Kuehne + Nagel Ltda., KN Servicos de Logistica Ltda., Kuehne + Nagel S.A. and Transpac Container System Ltd., doing business as Blue Anchor Line, and Defendants, Global Navigation, Inc. and Seamount International Association Ltd., pray that the Court grant this motion to stay pending arbitration and grant the parties all other relief to which they jointly may be entitled.

Respectfully submitted,

SHARPE & OLIVER, L.L.P.

By _____
Robert C. Oliver
State Bar No. 15255700
S.D. Texas No. 886
550 Westcott, Suite 230
Houston, Texas 77007
Telephone:    (713) 864-2221
Facsimile:    (713) 864-2228

OF COUNSEL:

R. M. Sharpe, Jr.
State Bar No. 18129000
S.D. Texas No. 889

ATTORNEYS FOR PLAINTIFFS

2

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

\*\*   By /s/ *signature*
William A. Durham
State Bar No. 06281800
S.D. Texas No. 4172
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
Telephone:     (713) 225-0905
Facsimile:     (713) 225-2907

ATTORNEYS FOR DEFENDANTS

\*\* Signed by Permission

### Certificate of Service

I served this Joint Motion to Stay Pending Arbitration and proposed Order upon all counsel of record by U.S. First Class Mail, hand delivery, third-party commercial carrier, facsimile transmission and/or electronic transmission on March 21, 2005.

/s/ *signature*
Robert C. Oliver

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KUEHNE + NAGEL LTDA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-1076 |
| | § § | |
| M/V TAIPAN SCAN, *etc, et al.*, | § § | |
| Defendants. | § | |

### ORDER

The parties' joint motion to stay this case pending arbitration, (Docket Entry No. 10), is granted. This case is administratively closed pending the arbitration. The parties may move to reinstate the case on the court's active docket within 20 days from the date the arbitration proceeding is concluded.

SIGNED on March 28, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
AUG 02 2006
S.D. OF N.Y.

| | |
|---|---|
| SEAMOUNT INTERNATIONAL ASSOCIATION Ltd.<br><br>Plaintiff,<br><br>-V-<br><br>KUEHNE & NAGEL, Ltda.<br><br>Defendants.. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>06 cv. 5648(LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**2nd Day of August, 2006**

I served the

Petition to confirm Arbitration
Summons
Affidavit of Nancy R. Peterson
Memorandum of Law in Support of
Petition to Confirm Arbitration
Order from Judge Laura Taylor Swain

filed and issued herein on the
27th Day of July, 2006

by mailing by Federal Express, return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

# 849-0234-4110      #_____      #_____

*J. Michael McMahon*
CLERK

Dated: New York, NY

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067



TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

# FedEx Express — International Air Waybill
*For FedEx services worldwide*

**1 From**

Date: 8/2/06

Sender's Name: Nancy R. Peterson
Company: Tisdale & Lennon, LLC
Address: 11 West 42nd St Suite 900
Address: New York
City: New York
State/Province: N.Y
ZIP/Postal Code: 10036

**2 To**

Recipient's Name: Karen Schoner    Phone: 551130373300
Company: KUEHNE-NAGEL Servicos Logisticos
Address: Av. Brig. Faria Lima 2066
Address: 6o andar
City: São Paulo
Country: Brazil
ZIP/Postal Code: 01451-905

**3 Shipment Information**

Total Packages: 1

Commodity Description: Documents

**4 Express Package Service**: [X] FedEx Intl. Priority

**5 Packaging**: [X] FedEx Pak

**7a Payment** Bill transportation charges to: [X] Sender
FedEx Acct. No.: 1627-2841-5

**7b Payment** Bill duties and taxes to: [X] Sender
FedEx Acct. No.: 1627-2841-5

**8 Your Internal Billing Reference**: 1219

FedEx Tracking Number: 8495 0234 4110

---

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

LAUREN C. DAVIES
ADMITTED IN CT

NANCY R. PETERSON
ADMITTED IN NY & CT