Judith A. Lockhart (JL2687)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
(212) 238-8603
Counsel for Respondent Kuehne & Nagel, Ltda.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SEAMOUNT INTERNATIONAL         :     06 Civ. 5648 (LTS)
ASSOCIATION LTD.,              :
                               :     STIPULATION OF
                Petitioner,    :     SUBSTITUTION OF COUNSEL
                               :
        - against -            :
                               :
KUEHNE & NAGEL, LTDA.,         :
                               :
                Respondent.    :
---------------------------------------------------------------X

    IT IS HEREBY CONSENTED THAT, for the reasons stated in the annexed Affidavit of Judith A. Lockhart, Esq., Carter Ledyard & Milburn LLP be substituted as the attorneys of record for Respondent Kuehne & Nagel, Ltda. in the captioned action, in place and stead of the Law Office of Ernest H. Gelman, as of the date hereof.

Dated: New York, New York
   September 12, 2006

            CARTER LEDYARD & MILBURN LLP

            By: _____
            Judith A. Lockhart (JL2687)
            2 Wall Street
            New York, NY 10005
            (212) 238-8603

            Appearing Counsel for Respondent Kuehne &
            Nagel, Ltda.

6108689.1

                                    LAW OFFICES OF ERNEST H. GELMAN

                                    By: _____

                                    Ernest H. Gelman (EG 4748)
                                    45 Rockefeller Plaza
                                    New York, NY 10111

                                    Withdrawing Counsel for Respondent Kuehne & Nagel, Ltda.

SO ORDERED:

_____ 9/14/2006

U.S.D.J.

-2-