TOTAL P.02

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Judith A. Lockhart**
*Partner*

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

September 22, 2006

**BY FACSIMILE**

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Seamount International Association Ltd. v. Kuehne + Nagel, Ltda.
Docket No.: 06 Civ. 5648 (LTS)

Dear Judge Swain:

We represent Kuehne + Nagel, Ltda. in the above-captioned matter. Based upon the current status of the matter and at the suggestion of your law clerk, the parties would like to request a sixty-day adjournment of the conference currently scheduled for September 29, 2006. (I request that the Court not schedule the conference November 16 or 17 as I will be out of town.) The parties will contact the Court if earlier intervention is required.

Respectfully submitted,

*Judith A. Lockhart*
Judith A. Lockhart

JAL:maf

cc: Nancy Peterson, Esq.

*The conference is adjourned to December 5, 2007 at 11:00 AM and the related deadlines are modified accordingly.*

SO ORDERED.

9/27/2006
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/06

6112604.1