UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SEAMOUNT INTERNATIONAL ASSOCIATION
LTD,

        Petitioner,

  -v-                                           No.  06 Civ. 5648 (LTS)(DFE)

KUEHNE & NAGEL LTDA

        Respondent.                          <u>ORDER</u>

------------------------------------------------------x


       The Court has received the Parties' respective papers in connection with the Petition to
Compel Arbitration.  It is hereby

       ORDERED, that Petitioner supplement its submissions by evidence, in admissible
form, of any funds that have been attached in this District pursuant to the undersigned's July 27,
2006, Order of Maritime Attachment; and it is further

       ORDERED that Petitioner supplement its submissions by a memorandum, no more
than five pages, addressing the viability of asserting personal jurisdiction over Respondent for
purposes of compelling arbitration premised on the relevant arbitration clause.  <u>See Doctor's Assocs.,
Inc. v. Stuart</u>, 85 F.3d 975, 979 (2d Cir. 1996); and it is further

       ORDERED that Petitioner supplement its submissions by an affidavit or declaration
explaining why service of process upon "Kuehne-Nagel Servicos-Logisticos" satisfies its obligations
to provide notice of this action to the named Respondent "Kuehne & Nagel, LTDA."

       ORDERED that Petitioner shall file and serve such supplemental submissions (with
courtesy copies to chambers) no later than December 8, 2006; and it is further

       ORDERED that Respondent shall file and serve any response (with a courtesy copy to
chambers), not to exceed eight pages in length, no later than December 15, 2006.


Dated:  New York, New York
     November 28, 2006


                         LAURA TAYLOR SWAIN
                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/06