11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

# TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 12/6/06

December 5, 2006

*By Facsimile (212) 805-0426*
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Re:  **Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**
     Docket No. 06 Civ. 5648 (LTS)
     Our ref: 1219

Dear Judge Swain:

We represent the Petitioner, Seamount International Association Ltd., in the above captioned action. Based upon the current status of the matter, including the supplemental briefing schedule set forth by your Honor, and at the suggestion of your law clerk, the parties would like to request a thirty day adjournment of the conference currently scheduled for December 8, 2006. The parties will contact the Court if earlier intervention is required.

We are available to discuss this request at your Honor's convenience.

Respectfully yours,

Nancy R. Peterson

The conference is adjourned to January 12, 2006 at 11:30 AM.
SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
5 Dec 2006

cc:  *By Facsimile (212) 732-3232*
     Judith A. Lockhart
     Carter, Ledyard & Milburn LLP

THOMAS L. TISDALE      PATRICK F. LENNON      CHARLES E. MURPHY      KEVIN J. LENNON      LAURENCE DAVIES      NANCY R. PETERSON
ADMITTED IN NY & CT    ADMITTED IN NY & CT    ADMITTED IN NY & CT    ADMITTED IN NY & CT   ADMITTED IN CT       ADMITTED IN NY & CT