# EXHIBIT 1

LAW OFFICES OF

# ERNEST H. GELMAN

45 Rockefeller Plaza - Suite. 2452
New York, NY 10111
Tel: (212) 332-2345
Fax: (212) 332-8301
Email: egelman@gelmanesq.com

OF COUNSEL
ANN L. CHUSID

March 24, 2005

Via Federal Express

Seamount International Association Ltd.
c/o Scan-Trans, Inc.
2500 Tanglewilde
Suite 498
Houston, TX 77073
Attn: President

Re: K+N/Seamount Arbitration

Dear Sir:

      We are attorneys for KN Servicos de Logistica Ltda, a/k/a Kuehne + Nagel Ltda., Kuehne +Nagel S.A. and Transpac Container Services, Ltd. d/b/a Blue Anchor Line (collectively "K+N").

      Pursuant to Clause 38 of the Liner Booking Note of Seamount International Association Ltd. dated December 10, 2003, we hereby commence arbitration on behalf of these clients against Seamount under the Rules of the Society of Maritime Arbitrators, Inc.

      The nature of the arbitration concerns damages to the cargo Seamount shipped pursuant to the Liner Booking Note. K+N seek damages in the amount of at least US $178,142 and a declaration that Seamount shall hold K+N harmless from any potential remedy sought by the owner of the goods that were shipped pursuant to the Liner Booking Note, and related documents.

      We offer the following three individuals as a sole arbitrator

Harold J. Halpin
Lamorte Burns & Co., Inc.
64 Danbury Road
Wilton, CT 06897
Tel: (203) 761-6000
Fax: (203) 761-6007

Seamount International Association Ltd.
March 24, 2005
Page 2

David W. Martowski
91 Central Park West
New York, NY 10023
Tel: (212) 579-6224
Fax: (212) 579-6277

Lloyd C. Nelson
c/o Orion & Global Chartering Co., Inc.
29 Broadway
New York, NY 10006
Tel: (212) 943-7733
Fax: (212) 797-9412

Please select one of these individuals. If you cannot accept any of these individuals, please advise us of any three arbitrators on the Roster of the Society that you would accept.

We await your response.

Very truly yours,

Ernest H. Gelman