# EXHIBIT 3

08/08/06  10:31 FAX 716 831 5911          INTERBANK COMPENSATION                                    ☒003

```
                                                TXN REPAIR                    07-AUG-06  14:05:51   Page 1 of 1
WORK CLUSTER : NOT US   2                                                                           TP REPAIR
ACTION:         KEY: G00-6219-18776-01   MSG TYPE: UNST   WC: 10   RQST PRIO: 1   ActualPrio: 1     TP Rep Cnt: 1
Val:08/09/06           RqstMOP:          RqstAdv:         BypsCrSpInstr:N  AdvAddr:LONYDALONAA
Chg:C     BeneChg:N  CredChg:N           Sender Org: 13   OFACOvr:
Amt:       $18,266.43 XfrTyp:TRF SRef:12139621603BIR2C    BRef:                  ─ Debit Party ─
Ccy:EUR   FX Rate:0001.276700  Mult/Div:M                 Priority:N           Dr S/GCNPPDKT
FA SwiftAuthKey:                 Legal Entity:  NY        PayTime:  :         IBJ TRUST CO / SCM EL ABRA      OBK
                                | LVR8776 PPS2199                             APOQUINDO 4499, FLOOR 4        MOP:DDA
                                | BUFAI                                       LAS CONDES SANTIAGO CHILE      WC: 013
                                | .BUFRSCB 071401                                                            DrAC:
                                | TEST SECURED AMT 18266
                                | 0000 00GCNBUFAIAXXX00000                    Is this sender party? Y   DrAUTH:
SWIFT Receiver:                 | 1001 07GCNPPDKTAXXX00000
SWIFT Sender:                   | 100 02                                         ─ Credit Party ─
CUSTRF                          | :20:12139621603BIR2C                        Cr S/CITIGB2LXXA              IBC
TRN                             | :32A:060809EUR18266,43                      WORLDLINK FX ADVISING ACCOUNT MOP:DDA
VD/CCY/AMT                      | :50:IBJ TRUST CO (PROCEEDS ACCT)            C/O CITIBANK LONDON, ENGLAND  Adv:WRE
ORG                             | :56A:ABNANL2A                                 NOT FOR US DOLLAR WIRES     WC: 013
IBK                             | :57A:CFMBANCU                               DO NOT POST DR/CR TO THIS ACCT CrAC:
BBK                             | :59:/8037353                                                               FStyp:
BNF                             | KUEHNE AND NAGEL LIMITADA
                                | :71A:OUR                                    3rd S/ABNANL2A                Adv:
CHRGDETAILS                     |                                                                            IBK
                                | -

NNNN+++++++++++++++++++++++++++++++++++
+                                      +
+    -- SECURED TRANSMISSION --        +                                      ? Bnf X/8037353                 Adv:
+         FOR AMOUNT = 18266           +                                      KUEHNE AND NAGEL LIMITADA       Type: N
+                                      +                                                                      BNF
+++++++++++++++++++++++++++++++++++++++
=08071401
NYX
```

```
BBI                                    Orig Bank Corr
                                       /
                                                                               Org N/
                                                                               IBJ TRUST CO (PROCEEDS ACCT)


                                       Bene's Bank          Adv:
                                       S/CFMBANCU
OBI                                                                BBK         OBk /


OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

*FX Cancel*

*PENDING*