# EXHIBIT 4

Case 1:06-cv-05648-LTS    Document 24-5    Filed 12/08/2006    Page 1 of 2

```
08/18/06  08:00 FAX 716 831 5911        INTERBANK COMPENSATION                              ☒001

WORK CLUSTER : NOT US   2              TXN REPAIR              17-AUG-06  17:48:56    Page 1 of 1
ACTION:      KEY: G00-6229-22246-01    MSG TYPE: UNST  WC: 02  RQST PRIO: H  ActualPrio: 2   TP REPAIR
Val:08/21/06      RqstMOP:    RqstAdv:       BypsCrSpInstr:N  AdvAcdr:LONYDALONAA   TP Rep Cnt: 1
Chg:C   BeneChg:N  CredChg:N    Sender Org: 13   OFACOvr:                 ┌─── Debit Party ───┐
Amt:       $18,430.48  XfrTyp:TRF SRef:12139622303CRHXP BRef:              │ Dr S/GCNPPDKT            │
Ccy:EUR   FX Rate:0001.276700 Mult/Div:M              Priority:N           │ IBJ TRUST CO / SCM EL ABRA  OBK │
FA SwiftAuthKey:              Legal Entity: NY       PayTime: :            │ APOQUINDO 4499, FLOOR 4    MOP:DDA│
                              | LVR2246 PPS5011                            │ LAS CONDES SANTIAGO CHILE  WC: 013│
                              | BUFAI                                      │                            DrAC: │
                              | .BUFRSCB 171655                            │                                  │
                              | TEST SECURED AMT 18430                     │ Is this sender party? Y   DrAUTH:│
SWIFT Receiver:               | 0000 00GCNBUFAIAXXX00000                   └──────────────────────────────────┘
SWIFT Sender:                 | 1255 17GCNPPDKTAXXX00000                   ┌─── Credit Party ──┐
CUSTRF                        | 100 02                                     │ Cr S/CITIGB2LXXA          IBC   │
TRN                           | :20:12139622303CRHXP                       │ WORLDLINK FX ADVISING ACCOUNT  MOP:DDA│
VD/CCY/AMT                    | :32A:060821EUR18430,48                     │ C/O CITIBANK LONDON, ENGLAND  Adv:WRE │
ORG                           | :50:IBJ TRUST CO (PROCEEDS ACCT)           │   NOT FOR US DOLLAR WIRES    WC: 013 │
IBK                           | :56A:ABNANL2A                              │   DO NOT POST DR/CR TO THIS ACCT  CrAC:│
BBK                           | :57A:CFMBANCU                              │                            FStyp:    │
BNF                           | :59:/8037353                               └──────────────────────────────────┘
                              | KUEHNE AND NAGEL LIMITADA
CHRGDETAILS                   | :71A:OUR                                    3rd S/ABNANL2A
                              | -                                                                  Adv:
NNNN+++++++++++++++++++++++++++++++++++                                                             IBK
+                            +
+    -- SECURED TRANSMISSION --  +
+       FOR AMOUNT = 18430       +
+                            +                                              ? Bnf X/8037353
++++++++++++++++++++++++++++++++++++++                                         KUEHNE AND NAGEL LIMITADA  Adv:
=08171655                                                                                            Type: N
NYX                                                                                                  BNF

 BBI                               Orig Bank Corr
                                   /
                                                                            Org N/
                                                                            IBJ TRUST CO (PROCEEDS ACCT)
                                   Bene's Bank          Adv:
 OBI                               S/CFMBANCU                               OBk  /
                                                                    BBK

QUERY MODE
```

*FX Cacel* (handwritten)