# EXHIBIT 5

09/12/06   09:47 FAX 716 831 5911          INTERBANK COMPENSATION          ☑001

```
ORK CLUSTER : NOT US  2                       TXN REPAIR                    12-SEP-06  10:37:30   Page 1 of 1
CTION:        KEY: S07-6254-117C3-01  MSG TYPE: UNST   WC: 10      RQST PRIO: 1     ActualPrio: 1      TP REPAIR
Val:09/12/06              RqstMOP:         BypsCrSpInstr:N  AdvAdd':                        TP Rep Cnt: 1
Chg:C   BeneChg:N  CredChg:N  RqstAdv:     OFACOvr:
Amt:      $6,000.00 XfrTyp:TRF SRef:TRF.6000  BRef:                      ┌──────── Debit Party ────────┐
Ccy:USD   FX Rate:            Sender Org:  6   Priority:N           Dr D/36813978
FA SwiftAuthKey:          Mult/Div:         PayTime:  :              TULSA SA                         RMB
                          Legal Entity: NY                          VALLE COLCURA S/N LOTA          MOP:DDA
                          | CAR1619                                 CONCEPCION CHILE                WC: 007
                          | NYFTA                                                                   DrAC:
                          | .NYSIDCB 111523
                          | TEST NR                                  Is this sender party? N    DrAUTH:
SWIFT Receiver:           | 1523 11CITIUS33CXXX43305
SWIFT Sender:             | 1523 11CITICLRMAXXX50900               ┌──────── Credit Party ────────┐
CUSTCRTRF                 | 103 02                                                            IBK
NDREF                     | :20:TRF.6000                            Cr C/0959                MOP:CHP
BKOPCODE                  | :23B:CRED                               BANK OF AMERICA N.A.     Adv:MAI
/D/CCY/AMT                | :32A:060912USD6000,                     NEW YORK NY              WC: 010
ORG                       | :50K:TULSA SA                                                    CrAC:
DEBITFI                   | :53D:/36813978                                                   FStyp:
                          | TULSA SA
IBK                       | :56A:BOFAUS3N
BBK                       | :57A:FNBBCLRM                          ┌──────────────────────────────┐
BNF                       | :59:/6613869                            3rd S/FNBBCLRM
                          | KUEHNE AND NAGEL LTDA.                   BANKBOSTON NA, SANTIAGO         Adv:
REMITINFO                 | :70:/RFB/REF. FLETE MARITIMO INVOICE     799 MONEDA                      BBK
                          | NBR.24046.                              SANTIAGO CHILE
CHRGDETAILS               | :71A:OUR
                          | -                                     ? Bnf X/6613869                  Adv:
MAC/F1763C01                                                       KUEHNE AND NAGEL LTDA.          Type: N
CHK/9D549C323A56                                                                                   BNF
SAC
=09111523  HE85013
```

```
┌──────────────────────┐    ┌──── Orig Bank Corr ────┐    ┌──────────────────┐
│ BBI                  │    │  /                     │    │ Org N/           │
│                      │    │                        │    │ TULSA SA         │
│                      │    │                        │    │                  │
│                      │    │                        │    │                  │
│ ┌──────────────────┐ │    │                        │    │                  │
│ │ OBI  /RFB/REF. FLETE MARITIMO INVO │            │    │                  │
│ │ ICE NBR.24046.   │ │    ├──── Bene's Bank ──Adv:─┤    │ ┌──────────────┐ │
│ └──────────────────┘ │    │  /                     │    │ │ OBk S/CITICLRM│ │
│                      │    │                        │    │ │ CITICLRM     │ │
└──────────────────────┘    └────────────────────────┘    │ └──────────────┘ │
OFAC hit                                                   └──────────────────┘
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

To Mary Mitchell

from