# EXHIBIT 6

```
09/21/06  08:45 FAX 716 831 5911        INTERBANK COMPENSATION                      ☒002
```

```
ORK CLUSTER : NOT US   2                TXN REPAIR            20-SEP-06  17:48:20  Page 1 of 1
CTION:         KEY: G00-6263-26349-01   MSG TYPE: UNST  WC: 10    RQST PRIO: 1   ActualPrio: 1    TP REPAIR
Val:09/22/06     RqstMOP:               RqstAdv:       BypsCrSpInstr:N  AdvAdcr:LONYDALONAAA      TP Rep Cnt: 1
Chg:C  BeneChg:N  CredChg:N   Sender Org: 13   OFACOvr:              ┌── Debit Party ──────────────────┐
Amt:            $2,184.95  XfrTyp:TRF  SRef:12139625703I1ULJ  BRef:  │ Dr S/GCNPPDKT                   │
Ccy:EUR   FX Rate:0001.285100   Mult/Div:M          Priority:N       │ IBJ TRUST CO / SCM EL ABRA      │ OBK
FA SwiftAuthKey:            Legal Entity:  NY       PayTime:  :      │ APOQUINDO 4499, FLOOR 4         │ MOP:DDA
                            | LVR6349 PPS9036                        │ LAS CONDES SANTIAGO CHILE       │ WC: 013
                            | BUFAI                                  │                                 │ DrAC:
                            | .BUFRSCB 201618                        │                                 │
                            | TEST SECURED AMT 2184                  │ Is this sender party? Y    DrAUTH: │
SWIFT Receiver:             | 0000 00GCNBUFAIAXXX00000               └─────────────────────────────────┘
SWIFT Sender:               | 1218 20GCNPPDKTAXXX00000               ┌── Credit Party ─────────────────┐
CUSTRF                      | 100 02                                 │ Cr S/CITIGB2LXXA                │ IBC
TRN                         | :20:12139625703I1ULJ                   │ WORLDLINK FX ADVISING ACCOUNT   │ MOP:DDA
VD/CCY/AMT                  | :32A:060922EUR2184,95                  │ C/O CITIBANK LONDON, ENGLAND    │ Adv:WRE
ORG                         | :50:IBJ TRUST CO (PROCEEDS ACCT)       │   NOT FOR US DOLLAR WIRES       │ WC: 013
IBK                         | :56A:ABNANL2A                          │   DO NOT POST DR/CR TO THIS ACCT│ CrAC:
BBK                         | :57A:CFMBANCU                          │                                 │ FStyp:
BNF                         | :59:/8037353                           └─────────────────────────────────┘
                            | KUEHNE AND NAGEL LIMITADA
CHRGDETAILS                 | :71A:OUR                               ┌                                 ┐
                            | -                                      │ 3rd S/ABNANL2A                  │ Adv:
NNNN+++++++++++++++++++++++++++++++++++++                            │                                 │ IBK
+                           +                                        │                                 │
+   -- SECURED TRANSMISSION --   +                                   │                                 │
+     FOR AMOUNT = 2184          +                                   │ ? Bnf X/8037353                 │
+                           +                                        │ KUEHNE AND NAGEL LIMITADA       │ Adv:
++++++++++++++++++++++++++++++++++++                                 │                                 │ Type: N
=09201618                                                            │                                 │ BNF
NYX                                                                  └─────────────────────────────────┘

┌── BBI ─────────────────────┐   ┌── Orig Bank Corr ──────────┐
│                            │   │  /                         │      ┌── Org N/ ──────────────────┐
│                            │   │                            │      │ IBJ TRUST CO (PROCEEDS ACCT)│
│                            │   │                            │      │                            │
│                            │   │                            │      │                            │
├── OBI ─────────────────────┤   │ Bene's Bank       Adv:     │      │                            │
│                            │   │ S/CFMBANCU                 │ BBK  │ OBk  /                     │
│                            │   │                            │      │                            │
│                            │   │                            │      └────────────────────────────┘
└────────────────────────────┘   └────────────────────────────┘

OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

*FX Cancel*

*To May M[illegible]*

[signature]