# EXHIBIT 7

Case 1:06-cv-05648-LTS    Document 24-8    Filed 12/08/2006    Page 1 of 2

```
10/24/06  11:46 FAX 718 851 5911      INTERBANK COMPENSATION                                              ☒001

RK CLUSTER : NOT US   2                        TXN REPAIR                      24-OCT-06  12:35:23     Page 1 of 1
TION:       KEY: G00-6297-21369-01   MSG TYPE: UNST    WC: 10    RQST PRIO:       ActualPrio: 1         TP REPAIR
/al:10/26/06    RqstMOP:         RqstAdv:       BypsCrSpInstr:N  AdvAddr LONYDALONAA                   TP Rep Cnt: 1
Chg:C    BeneChg:N  CredChg:N    Sender Org: 13   OFACOvr:                    ┌──────── Debit Party ─────────┐
Amt:       $3,864.75 XfrTyp:TRF SRef:1213962930309ZDT BRef:                   │ Dr S/GCNPPDKT                │
Ccy:EUR   FX Rate:0001.266000   Mult/Div:M          Priority:N                │ IBJ TRUST CO / SCM EL ABRA   │ OBK
FA SwiftAuthKey:              Legal Entity:  NY     PayTime:  :               │ APOQUINDO 4499, FLOOR 4      │ MOP:DDA
                            | LVR1369 PPS0607                                 │ LAS CONDES SANTIAGO CHILE    │ WC: 013
                            | BUFAI                                           │                              │ DrAC:
                            | .BUFRSCB 241440                                  │                              │
                            | TEST SECURED AMT 3864                           │ Is this sender party? Y    DrAUTH: │
IFT Receiver:               | 0000 00GCNBUFAIAXXX00000                        └──────────────────────────────┘
IFT Sender:                 | 1040 24GCNPPDKTAXXX00000                        ┌──────── Credit Party ────────┐
STRF                        | 100 02                                          │ Cr S/CITIGB2LXXA             │ IBC
N                           | :20:1213962930309ZDT                            │ WORLDLINK FX ADVISING ACCOUNT│ MOP:DDA
/CCY/AMT                    | :32A:061026EUR3864,75                           │ C/O CITIBANK LONDON, ENGLAND │ Adv:WRE
G                           | :50:IBJ TRUST CO (PROCEEDS ACCT)                │    NOT FOR US DOLLAR WIRES   │ WC: 013
K                           | :56A:ABNANL2A                                   │ DO NOT POST DR/CR TO THIS ACCT│ CrAC:
K                           | :57A:CFMBANCU                                   │                              │ FStyp:
F                           | :59:/8037353                                    └──────────────────────────────┘
                            | KUEHNE AND NAGEL LIMITADA
RGDETAILS                   | :71A:OUR                                        │ 3rc S/ABNANL2A               │
                            | -                                               │                              │ Adv:
NN++++++++++++++++++++++++++++++++++++++                                      │                              │ IBK
                                          +                                   │                              │
  -- SECURED TRANSMISSION --              +                                   │                              │
     FOR AMOUNT = 3864                    +                                   │ ? Bnf X/8037353              │
                                          +                                   │ KUEHNE AND NAGEL LIMITADA    │ Adv:
++++++++++++++++++++++++++++++++++++++++++                                    │                              │ Type: N
0241440                                                                       │                              │ BNF
X                                                                             └──────────────────────────────┘

BBI                                   Orig Bank Corr
                                      /
                                                                              Org N/
                                                                              IBJ TRUST CO (PROCEEDS ACCT)

                                      Bene's Bank        Adv:
OBI                                   S/CFMBANCU                              OBk  /
                                                                        BBK

OFAC hit
```