# EXHIBIT 8

```
10/24/06  11:46 FAX 716 831 5911         INTERBANK COMPENSATION                                    ☒002

                                            TXN REPAIR                     24-OCT-06  12:36:55  Page 1 of 1
RK CLUSTER : NOT US   2                 MSG TYPE: UNST  WC: 10    RQST PRIO:      ActualPrio: 1      TP REPAIR
TION:         KEY: G00-6297-21370-01    RqstAdv:        BypsCrSpInstr:N  AdvAddr LONYDALONAA          TP Rep Cnt: 1
/a]:10/26/06   RqstMOP:                 Sender Org:  13   OFACOvr:              ┌─── Debit Party ────────────┐
Chg:C   BeneChg:N  CredChg:N            Sender Org:  13   BRef:                 │ Dr S/GCNPPDIW              │
Amt:          $350.00 XfrTyp:TRF SRef:1224762930309ZDH    Priority:N            │ COMPANIA CONTRACTUAL MINERA│  OBK
Ccy:EUR   FX Rate:0001.266000 Mult/Div:M                  PayTime:  :           │ CANDELARIA                 │  MOP:DDA
FA SwiftAuthKey:           Legal Entity:  NY                                    │ APOQUINDO 4499, FLOOR 4    │  WC: 013
                          | LVR1370 PPS0608                                     │ LAS CONDES SANTIAGO CHILE  │  DrAC:
                          | BUFAI                                               │                            │
                          | .BUFRSCB 241440                                     │ Is this sender party? Y   DrAUTH: │
                          | TEST SECURED AMT 350                                └────────────────────────────┘
IFT Receiver:             | 0000 00GCNBUFAIAXXX00000
IFT Sender:               | 1040 24GCNPPDIWAXXX00000                            ┌─── Credit Party ───────────┐
ISTRF                     | 100 02                                              │ Cr S/CITIGB2LXXA           │  IBC
IN                        | :20:1224762930309ZDH                                │ WORLDLINK FX ADVISING ACCOUNT│ MOP:DDA
)/CCY/AMT                 | :32A:061026EUR350,00                                │ C/C CITIBANK LONDON, ENGLAND│ Adv:WRE
RG                        | :50:IBJ TRUST CO (PROCEEDS ACCT)                    │   NOT FOR US DOLLAR WIRES  │  WC: 013
BK                        | :56A:ABNANL2A                                       │ DO NOT POST DR/CR TO THIS ACCT│ CrAC:
BK                        | :57A:CFMBANCU                                       │                            │  FStyp:
NF                        | :59:/8037353                                        └────────────────────────────┘
                          |    KUEHNE AND NAGEL LIMITADA
HRGDETAILS                | :71A:OUR                                            3rd S/ABNANL2A              Adv:
                          | -
NNN++++++++++++++++++++++++++++++++++                                                                       IBK
                                                 +
  -- SECURED TRANSMISSION --                     +
     FOR AMOUNT = 350                            +                              ? Bnf X/8037353
                                                 +                                KUEHNE AND NAGEL LIMITADA  Adv:
+++++++++++++++++++++++++++++++++++++++                                                                     Type: N
10241440                                                                                                    BNF
YX

   BBI                                  Orig Bank Corr                          Org N/
                                        /                                       IBJ TRUST CO (PROCEEDS ACCT)


                                        Bene's Bank              Adv:
   OBI                                  S/CFMBANCU                              OBk /
                                                                 EBK


OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```