# EXHIBIT A

1159069.1

## Lockhart, Judith

| | |
|---|---|
| **From:** | Nancy Peterson [npeterson@tisdale-lennon.com] |
| **Sent:** | Friday, September 15, 2006 4:58 PM |
| **To:** | Lockhart, Judith |
| **Cc:** | Patrick Lennon |
| **Subject:** | Seamount v. K & N, Ltda. |

**Attachments:** Aug.7.2006. wire transfer.pdf; Aug.17.2006 wire transfer.pdf; Sept.12.2006 wire transfer.pdf

Dear Ms. Lockhart,

As we discussed, please find attached to this e-mail in pdf form the wire remittance details for the three wire transfers intercepted at Citibank. There is also a small amount of money withheld at HSBC Bank, however, HSBC will not provide us with printed wire transfer details. If you have any questions, please do not hesitate to contact us.

Best Regards,

Nancy R. Peterson

12/14/2006

**Lockhart, Judith**

---

| | |
|---|---|
| **From:** | Nancy Peterson [npeterson@tisdale-lennon.com] |
| **Sent:** | Thursday, October 26, 2006 1:59 AM |
| **To:** | Lockhart, Judith |
| **Cc:** | Patrick Lennon; Dawn Kubie |
| **Subject:** | Notice of Attachment |
| **Attachments:** | Oct. 24. 2006 Wire Transfer.pdf |

*Via E-mail*
Kuehne & Nagel, Ltda.
c/o Judith Lockhart
Carter, Ledyard and Milburn, LLP

**Re:** <u>Seamount International Association Ltd. v. Kuehne & Nagel, Ltda.</u>
Docket No#: 06 Civ. 5648 (LTS)
United States District Court, Southern District of New York
T & L ref: 1219

Dear Judith:

We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at Citibank on or about October 24, 2006 in the amounts of $3,864.75 and $350.00 (see attached wire remittance details) and at HSBC in the amount of $80,000.00. Please note that you have already been served with the relevant pleadings. If you have any questions or concerns please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Very truly yours,


Nancy R. Peterson



-----Original Message-----
**From:** Freeman, Mary Ann [mailto:freeman@clm.com]**On Behalf Of** Lockhart, Judith
**Sent:** Friday, October 20, 2006 9:37 AM
**To:** TL
**Subject:** Seamount International Association Ltd. v. Kuehne & Nagel, Ltda.


12/14/2006