# EXHIBIT B

# CARTER LEDYARD & MILBURN LLP
## Counselors at Law

Judith A. Lockhart
*Partner*
•
*Direct Dial: 212-238-8603*
*E-mail: lockhart@clm.com*

2 Wall Street
New York, NY 10005-2072
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*1401 Eye Street, N.W.*
*Washington, DC 20005*
*(202) 898-1515*
•
*570 Lexington Avenue*
*New York, NY 10022*
*(212) 371-2720*

October 19, 2006

**BY EMAIL**

Nancy R. Peterson, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06890

Re: Seamount International Association Ltd. v. Kuehne & Nagel, Ltda.
Docket No.: 06 Civ. 5648 (LTS)

Dear Nancy:

Further to our prior conversations concerning the attachments of electronic funds by your client in connection with the above-referenced matter, my investigation of this matter with my client has uncovered the following:

1. Kuehne & Nagel, Ltda. (Brazil) changed its name to Kuehne & Nagel Servicio Logisticos, Ltda. in 1999 although it apparently continued to use Kuehne & Nagel, Ltda. for some time after the name change. (See Attachment A.) I have asked for documentation of the name change. 2.

2. There are two other Kuehne & Nagel, Ltda. entities, one in Chile and one in Bolivia. Both of these entities are separately incorporated in their respective countries and neither company had anything to do with the Seamount dispute. (See Attachments B (Chile) and C (Bolivia)).

3. The funds attached by Citibank to date belong to Kuehne & Nagel, Ltda. Chile and have therefore been improperly attached. I have attached copies the invoices that were issued to the client of Kuehne & Nagel, Ltda. (Chile). The funds attached by Citibank were in payment of these invoices. (See Attachment D).

6113790.1

Nancy R. Peterson, Esq.                                                    -2-

     It would be preferable to resolve the release of the funds by agreement of the parties if possible. If that is not possible, please let me know and I will contact the Court.

                           Sincerely,

                           Judith A. Lockhart

JAL:maf

Attachments

cc: Mary Mihalik, Esq.
    Citigroup Inc.

6113790.1

Attachment A

**Comprovante de Inscrição e de Situação Cadastral**

Contribuinte,

Confira os dados de identificação da Pessoa Jurídica e, se houver qualquer divergência, providencie junto à SRF a sua atualização cadastral.

---

### REPÚBLICA FEDERATIVA DO BRASIL
### CADASTRO NACIONAL DA PESSOA JURÍDICA

| NÚMERO DE INSCRIÇÃO 02.886.427/0001-64 | COMPROVANTE DE INSCRIÇÃO E DE SITUAÇÃO CADASTRAL | DATA DE ABERTURA 03/12/1998 |
|---|---|---|

NOME EMPRESARIAL
**KUEHNE+NAGEL SERVICOS LOGISTICOS LTDA.**

TÍTULO DO ESTABELECIMENTO (NOME DE FANTASIA)
*********

CÓDIGO E DESCRIÇÃO DA ATIVIDADE ECONÔMICA PRINCIPAL
**63.40-1-99 - Outras atividades relacionadas a organização do transporte de cargas**

CÓDIGO E DESCRIÇÃO DAS ATIVIDADES ECONÔMICAS SECUNDÁRIAS
**Não informada**

CÓDIGO E DESCRIÇÃO DA NATUREZA JURÍDICA
**206-2 - SOCIEDADE EMPRESARIA LIMITADA**

| LOGRADOURO AV BRIGADEIRO FARIA LIMA | NÚMERO 2066 | COMPLEMENTO 8 ANDAR - CONJ.64 |
|---|---|---|

| CEP 01.451-905 | BAIRRO/DISTRITO JARDIM PAULISTANO | MUNICÍPIO SAO PAULO | UF SP |
|---|---|---|---|

| SITUAÇÃO CADASTRAL ATIVA | DATA DA SITUAÇÃO CADASTRAL 24/09/2005 |
|---|---|

| SITUAÇÃO ESPECIAL ********* | DATA DA SITUAÇÃO ESPECIAL ********* |
|---|---|

---

Aprovado pela Instrução Normativa RFB nº 568, de 8 de setembro de 2005.

Emitido no dia 04/10/2006 às 12:30:12 (data e hora de Brasília).

**Voltar**


Preparar página para impressão

A SRF agradece a sua visita. Para informações sobre política de privacidade e uso, clique aqui. Atualize sua página

**Attachment B**

**CONSERVADOR DE BIENES RAICES DE SANTIAGO**
MORANDE 440 FONO: 3900600- FAX: 3900800 SANTIAGO – CHILE
Correo Electrónico: servicios@conservador.cl – Internet: www.conservador.cl

## CERTIFICADO

El Conservador de Bienes Raíces y Comercio que suscribe, certifica, que al

margen de la inscripción de la sociedad "Kuehne + Nagel Limitada" inscrita a fs.

26867 N° 15442 del año 1987 no hay constancia que los socios le hayan puesto

término al 21 de septiembre de 2006 .

Santiago, 22 de septiembre de 2006

Drs. $ 2.300

'

Attachment C



**NIT**

RÉGIMEN GENERAL

# CERTIFICADO DE INSCRIPCIÓN
## PADRON NACIONAL DE CONTRIBUYENTES

**NIT: 1028147821**

**NOMBRE / RAZÓN SOCIAL: KUEHNE + NAGEL LTDA.**

### DATOS GENERALES:

**DOMICILIO FISCAL:** AVENIDA SAN MARTIN NRO. 115, EDIFICIO TAMARINDO, PISO PB, DEPTO: 2, ZONA EQUIPETROL

**DEPENDENCIA:** SANTA CRUZ GC      **ALCALDÍA:** SANTA CRUZ

**GRAN ACTIVIDAD:** SERVICIOS      **MES DE CIERRE:** DICIEMBRE

**ACTIVIDAD PRINCIPAL:** TRANSPORTE DE CARGA INTERDEPARTAMENTAL Y LARGA DISTANCIA

**ACTIVIDADES SECUNDARIAS:**

**REPRESENTANTE LEGAL:** CESPEDES VERASTEGUI MIGUEL ANGEL      **Nº SUCURSALES:** 0

### OBLIGACIONES:

FORM. 156 - IT - IMPUESTO A LAS TRANSACCIONES - ALTA 31/07/1997 - MENSUAL
FORM. 80 - IUE - IMPUESTO SOBRE LAS UTILIDADES DE LAS EMPRESAS - ALTA 01/01/1999 - ANUAL
FORM. 143 - IVA - IMPUESTO AL VALOR AGREGADO - ALTA 31/07/1997 - MENSUAL
FORM. 98 - RC-IVA - AGENTES DE RETENCIÓN CTBTES. EN RELACIÓN DE DEPEND. - ALTA 07/10/1999 - MENSUAL

FECHA DE INSCRIPCIÓN AL PADRÓN:    31/07/1997
FECHA DE EMISIÓN DEL CERTIFICADO:    01/01/2005

OSCAR PLAZA PONTE
JEFE DPTO. GESTIÓN DE RECAUDACIÓN Y EMPADRONAMIENTO
GERENCIA GRACO SANTA CRUZ

IMPUESTOS NACIONALES

Este certificado contempla los datos declarados en su formulario de empadronamiento, además de las obligaciones generadas a partir del mismo. En caso de no estar de acuerdo con una o más datos o obligaciones, apersónese al Departamento de Gestión de Recaudación y Empadronamiento de la Gerencia Distrital ó Graco de su jurisdicción para regularizarlos.

**Attachment D**

1.- Wire Transfer dated on August 7th for the amount of Eur 18'266.43 , made for our customer Minera El Abra , with the following breakdown :

| Invoice N° | Amount in Eur |
|---|---|
| 21955 | 583.90 |
| 22112 | 175.00 |
| 22299 | 12'548.08 |
| 22302 | 4'959.45 |
| Total | 18'266.43 |

2.- Wire Transfer dated on August 17th for the amount of Eur 18'430,48, made for our customer Minera El Abra , with the following breakdown :

| Invoice N° | Amount in Eur |
|---|---|
| 22293 | 272.98 |
| 22482 | 335.70 |
| 22483 | 175.00 |
| 22687 | 1'022.00 |
| 22691 | 238.00 |
| 22737 | 1'360.25 |
| 22739 | 8'484.97 |
| 22740 | 6'245.08 |
| 22920 | 296.50 |
| Total | 18'430.48 |

3.- Wire Transfer dated on September 12th. for the amount of USD 6'000.-. made for our customer Tulsa S.A, with the following breakdown :

| Invoice N° | Amount USD |
|---|---|
| 24046 | 6'000,00 |



Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

Giro: Transportes Internacionales en todas sus formas, Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz
Av. Providencia 2331 · Of. 301-302 · Fono: 3380300 · Fax: 3380301 · 3380302
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.B.
Armando Cortinez s/n · Edificio Aéreo Pudahuel · Of. 381 Fono 6901919 Fax 6018914
Pudahuel



| | |
|---|---|
| R.U.T. 79.769.320-0 | |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** | |
| N° 21955 | |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 27-06-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3010-606.030 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 27-07-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 662,2521 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | BRU-11084342 | MAWB : | 172-60482811 |
|---|---|---|---|
| DEPART AIRPORT : | Brussels | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 9551 | FLIGHT DATE : | 23/06/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 172-60482811 | 1 | PCS | HOLLE AS - SHAFT POS 2601 | 155.00 | .184 |
| BRU-11084342 | | | > 1EJE HUECO POS 2601/AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 367,35 | 243.278 |
| FUEL SURCHARGE | 117,80 | 78.013 |
| SECURITY SURCHARGE | 23,25 | 15.397 |
| PICK-UP | 46,50 | 30.795 |
| HANDLING ORIGIN | 29,00 | 19.205 |

REF: A65215
EMITIDA: AC

| | TOTAL AMOUNT | 583,90 | |
|---|---|---|---|

| Monto Neto | Monto Exente | Total |
|---|---|---|
| 386.688 | 386.688 | 386.688 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

OP/C: Transporte internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz
Av. Providencia 2331 - Of. 301 -302 - Fono: 3360000 - Fax: 3360001 - 3360002
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.S
Armando Cortinez 2/b - Edificio Aereo Pudahuel - Of. 201 Fono 6921010 Fax 6918014
Pudahuel



| R.U.T. 79.769.320-0 |
|---|
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **N° 22112** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 30-06-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3181-606.013 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 01-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 662,2521 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | LEJ-61100711 | MAWB : | 057-70224921 |
|---|---|---|---|
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 363M | FLIGHT DATE : | 30/06/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 057-70224921 | 1 | PCS | SPARE PARTS FOR GEARS | 20.00 | .038 |
| LEJ-61100711 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 45,00 | 29.801 |
| FUEL SURCHARGE | 50,00 | 33.113 |
| SECURITY SURCHARGE | 15,00 | 9.934 |
| PICK-UP | 35,00 | 23.179 |
| HANDLING ORIGIN | 29,00 | 19.205 |
| ORIGIN CHARGE | 1,00 | 662 |

REF: A66659
EMITIDA: AC

| | TOTAL AMOUNT | 175,00 | |
|---|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 115.894 | 115.894 | 115.894 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GRG: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz
Av. Providencia 2331 - Of. 301-302 - Fono: 3388300 - Fax: 3388301 - 3388302
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.B
Armando Cortinez 2/A - Edificio Aereo Pudahuel - Of. 201 Fono 6071945 Fax 6916514
Pudahuel



R.U.T. 79.769.320-0

## FACTURA NO AFECTA O EXENTA ELECTRÓNICA

### Nº 22299

S.I.I. Santiago Oriente

| DATOS CLIENTE | | |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | Fecha: 06-07-2006 |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-4679-606.024 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 14-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago: 30 Days |
|---|---|

| VESSEL : | CCNI AVILES VOY : | VOY : | 5508SB |
|---|---|---|---|
| P.O.L : | HAMBURG | ETS : | 05/06/2006 |
| P.O.D. : | ANTOFAGASTA | ETA : | 15/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| TA-NR: | 3 | CAS | POLEA | 20.585,00 | 30.700 |
| P.O.NR:A6284 | | | DE RETORNO 1 PCS | .00 | .000 |
| A6289 | | | POLEA MOTRIZ 2 PCS | .00 | .000 |
| A6301 | | | | .00 | .000 |
| SERIAL NO: | | | | .00 | .000 |
| SOCIEDAD | | | | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE MARITIMO | 4912,00 | 3.231.579 |
| BAF SEAFREIGHT/ IFP | 368,40 | 242.368 |
| ADICIONAL CANAL DE PANAMA | 404,63 | 266.204 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION | 16,00 | 10.526 |
| FLETE TERRESTRE | 6793,05 | 4.469.112 |

PO#A62848-A62892-A63017
BAL 0010-4136-606.021
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 12548.08 |
|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 8.255.315 | 8.255.315 | 8.255.315 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL



GIRO: Transportes Internacionales en todas sus formas, Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3308300 - Fax: 3308301 - 3308305
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.S
Arrendo Colina 1A - Edificio Aereo Pudahuel - Of. 201 Fono 6801219 Fax 6010514
Pudahuel

| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **N° 22302** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 06-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-4679-607.011 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 14-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago: 30 Days |
| --- | --- |

| VESSEL : | CCNI AVILES VOY : | VOY : | 5508SB |
| --- | --- | --- | --- |
| P.O.L : | HAMBURG | ETS : | 03/06/2006 |
| P.O.D : | ANTOFAGASTA | ETA : | 15/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| SOCIEDAD CON | 2 | CAS | SPARE PARTS FOR BUCKET | 10,490.00 | 10.497 |
| MINERA EL AB | | | WHEEL RECLAIMER | .00 | .000 |
| ORDERNR: A63 | | | HS CODE 84314980 | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE MARITIMO | 1312,12 | 863.237 |
| BAF SEAFREIGHT/ IFP | 73,81 | 48.559 |
| ADICIONAL CANAL DE PANAMA | 41,82 | 27.513 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTATION | 16,00 | 10.526 |
| FLETE TERRESTRE | 3461,70 | 2.277.434 |

PO#A63205
BAL 0010-4136-606.012
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 4959,45 | |
| --- | --- | --- | --- |

| Monte Neto | Monto Exento | Total |
| --- | --- | --- |
| 3.262.795 | 3.262.795 | 3.262.795 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL

GIRO: Transportes Internacionales en todas sus formas,Almacenaje,Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3399300 - Fax: 3399301 - 3399302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Avanzada Carlova s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6901940 Fax:6018614
Pudahuel



| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| Nº 22293 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 06-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3174-607,023 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 05-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
| --- | --- |

| HAWB : | FRA-62017974 | MAWB : | 045-51610974 |
| --- | --- | --- | --- |
| DEPART AIRPORT : | Frankfurt | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 05/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| 045-51610974 | 1 | PCS | OIL COOLER | 50.00 | .397 |
| FRA-62017974 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE AEREO IMPORTACION | 142,98 | 94.066 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A66963
EMITIDA: AC

| | TOTAL AMOUNT | 272,98 | |
| --- | --- | --- | --- |



| Monto Neto | Monto Exento | Total |
| --- | --- | --- |
| 179.592 | 179.592 | 179.592 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

KN: Transportes internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3389300 - Fax: 3389301 - 3389302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.S.
Armando Cortinez s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6901910 Fax 6910514
Pudahuel



| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22482** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 12-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3174-607.038 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 10-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago:    30 Days |
| --- | --- |

| HAWB : | DRS-61400340 | MAWB : | 172-60702585 |
| --- | --- | --- | --- |
| DEPART AIRPORT : | Frankfurt | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 08/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| 172-60702585 | 1 | PCS | VENTILATOR AND EQUIPMENT | 48.00 | .560 |
| DRS-61400340 | | PCS | VENTILATOR /AC | .00 | .000 |
| | | PCS | NOT RESTRICTED | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE AEREO IMPORTACION | 205,70 | 135.329 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |
| | | |
| REF: A65473 A66453 | | |
| EMITIDA: AC | | |
| TOTAL AMOUNT | 335,70 | |

| Monto Neto | Monto Exento | Total |
| --- | --- | --- |
| 220.855 | 220.855 | 220.855 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

GHQ, Transportes Internacionales en todas sus formas, Almacenaje, Distribucion
Logistica y Transporte Terrestre
Cia Matriz
Av. Providencia 2133 - Of. 301-302 - Fono: 3389360 - Fax: 3389361 - 3389302
Procedencia - Santiago
Aeropuerto Pudahuel
Terminal de Carga Aeropuerto C.A.M.B
Amanda Cortinez LtA - Edificio Aereo Pudahuel - Of. 201 Fono 6901919 Fax 6919514
Pudahuel



| R.U.T. 79.769.320-0 |
| :---: |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **N° 22483** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 12-07-2006 |
| :--- | :--- | :--- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3181-607.011 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 10-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago:  30 Days |
| :--- | :--- |

| HAWB : | LEI-61100747 | MAWB : | 172-60702585 |
| :--- | :--- | :--- | :--- |
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 08/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| :--- | :--- | :--- | :--- | ---: | ---: |
| 172-60702585 | 1 | PCS | SPARE PARTS FOR BUCKET | .80 | .008 |
| LEI-61100747 | | | WHEEL RECLAIMER /AC | .00 | .000 |

| Descripción | EUR | CLP |
| :--- | ---: | ---: |
| FLETE AEREO IMPORTACION | 45,00 | 29.605 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A67430
EMITIDA: AC

| | TOTAL AMOUNT | 175,00 | |
| :--- | ---: | ---: | :--- |



| Monto Neto | Monto Exento | Total |
| ---: | ---: | ---: |
| 115.131 | 115.131 | 115.131 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL

GIRO: Transportes Internacionales en todas sus formas, Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Providencia 2531 - Of. 391-302 - Fono: 3388300 - Fax: 3388301 - 3388302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Armando Cortinez s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6871919 Fax 6916914
Pudahuel

| R.U.T. 79.769.320-0 |
|---|
| FACTURA NO AFECTA O EXENTA ELECTRÓNICA |
| N° 22687 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3181-607.012 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 16-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | LEI-61100760 | MAWB : | 045-51611486 |
|---|---|---|---|
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 16/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 045-51611486 | 1 | PCS | LABYRINTH COVER SET GEAR | 300.00 | .551 |
| LEI-61100760 | | | BOX SIDE AND PULLEY SI/AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 675,00 | 444.079 |
| FUEL SURCHARGE | 180,00 | 118.421 |
| SECURITY SURCHARGE | 45,00 | 29.605 |
| PICK-UP | 90,00 | 59.210 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 3,00 | 1.974 |

REF: A65164
EMITIDA: AC

| | TOTAL AMOUNT | 1022,00 | |
|---|---|---|---|



| Monto Neto | Monto Exento | Total |
|---|---|---|
| 672.368 | 672.368 | 672.368 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

SNK: Transportes internacionales en todas sus formas, Almacenaje, Distribucion
Logistica y Transporte Terrestre
Casa Matriz
Av. Providencia 2591 - Of. 391-392 - Fono: 3389360 - Fax: 3389364 - 3389362
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.S.
Amando Cortinez p/6 - Edificio Aereo Pudahuel - Of. 391 Fono 6901018 Fax 6010514
Pudahuel



| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| N° 22691 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3181-607.014 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 16-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
| --- | --- |

| HAWB : | LEJ-61100774 | MAWB : | 045-51611486 |
| --- | --- | --- | --- |
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 16/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| 045-51611486 | 1 | PCS | HYDRO MOTOR N.R. | 45.00 | .288 |
| LEJ-61100774 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE AEREO IMPORTACION | 108,00 | 71.053 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A66668
EMITIDA: AC

| | TOTAL AMOUNT | 238,00 | |
| --- | --- | --- | --- |

| Monto Neto | Monto Exento | Total |
| --- | --- | --- |
| 156.579 | 156.579 | 156.579 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL

GR2: Transporte Internacionales en todas sus formas,Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Apoquindo 2324 - Of. 301-302 - Fono: 3369360 - Fax: 3369301 - 3369302
Provincia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Amendo Cortinez s/n - Edificio Aereo Pudahuel - Of: 301 Fono 6901919 Fax 6916514
Pudahuel



| R.U.T. 79.769.320-0 |
| :--: |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22737** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
| :-- | :-- | :-- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3183-607.014 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 17-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
| :-- | :-- |

| HAWB : | SZG-18209178 | MAWB : | 172-60704173 |
| :-- | :-- | :-- | :-- |
| DEPART AIRPORT : | Munich | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 9191 | FLIGHT DATE : | 14/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| :-- | :-- | :-- | :-- | :-- | :-- |
| 172-60704173 | 2 | PCS | TOOLS | 375.00 | 2.076 |
| SZG-18209178 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
| :-- | --: | --: |
| FLETE AEREO IMPORTACION | 937,50 | 616.776 |
| FUEL SURCHARGE | 225,00 | 148.026 |
| SECURITY SURCHARGE | 56,25 | 37.007 |
| PICK-UP | 112,50 | 74.013 |
| HANDLING ORIGIN | 29,00 | 19.079 |

REP: A65079 A66241 A66256 A66543 A66768 A66897 A67049
EMITIDA: AC

| | TOTAL AMOUNT | 1360,25 |
| :-- | --: | --: |

| Monto Neto | Monto Exento | Total |
| --: | --: | --: |
| 894.901 | 894.901 | 894.901 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GIRO: Transportes Internacionales en todas sus formas, Almacenaje, Distribución
Legislación y Transporte Terrestre
Casa Matriz
Av. Providencia 2594 - Of. 301 -302 - Fono: 3368080 - Fax: 3368081 - 3368082
Forwarding - Express
Sucursal de Carga Aeropuerto C.A.M.B.
Avianca Cerrada s.n. - Edificio Aeros Pudahuel - Of. 201 Fono 6801919 Fax 6016514
Pudahuel



| R.U.T. 79.769.320-0 |
| :---: |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| Nº 22739 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-4679-607.012 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 26-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago: 30 Days |
| --- | --- |

| VESSEL : | CCNI ANGOL VOY : | VOY : | 5639SB |
| --- | --- | --- | --- |
| P.O.L : | HAMBURG | ETS : | 24/06/2006 |
| P.O.D : | ANTOFAGASTA | ETA : | 27/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| SOCIEDAD CON | 1 | CAS | SPARE PARTS FOR BUCKET | 11,300.00 | 22.372 |
| MINERA EL AB | | | WHEEL RECLAIMER | .00 | .000 |
| ORDERNR: A64 | | | HS CODE 84314980 | .00 | .000 |
| | | | 850 X 140 X 188 CM | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE MARITIMO | 3579,52 | 2.354.947 |
| BAF SEAFREIGHT/ IFP | 201,35 | 132.467 |
| ADICIONAL CANAL DE PANAMA | 114,10 | 75.066 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION RECOGIDA | 16,00 | 10.526 |
| FLETE TERRESTRE | 4520,00 | 2.973.684 |

PO# A64738
BAL 0010-4136-606.031
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 8484,97 | |
| --- | --- | --- | --- |

| Monto Neto | Monto Exento | Total |
| --- | --- | --- |
| 5.582.216 | 5.582.216 | 5.582.216 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL 

Giro: Transporte internacionales en todos sus formas, Almacenaje, Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301/302 - Fono: 3389300 - Fax: 3389301 - 3389302
Providencia - Santiago
Sucursal Penueleaf
Terminal de Carga Aeropuerto C.A.M.S.
Amunategui-Cofroni s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6901919 Fax 6914514
Pudahuel

| | |
|---|---|
| **R.U.T. 79.769.320-0** | |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** | |
| **N° 22740** | |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-4679-607.013 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 26-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago: 30 Days |
|---|---|

| VESSEL : | CCNI ANGOL VOY : | VOY : | 5639SB |
|---|---|---|---|
| P.O.L. : | HAMBURG | ETS : | 24/06/2006 |
| P.O.D. : | ANTOFAGASTA | ETA : | 27/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SOCIEDAD CON | 2 | CAS | CONJUNTO | 11,550.00 | 13.600 |
| MINERA EL AB | | | EJE/CORONA COMPLETO Y | .00 | .000 |
| | | | AMADO PARA | .00 | .000 |
| ORDERNR: A60 | | | HS CODE ......... | .00 | .000 |
| | | | JB 170 X 165 X 242 CM | .00 | .000 |

| Descripción | EUR | CLF |
|---|---|---|
| FLETE MARITIMO | 2172,16 | 1.429.053 |
| BAF SEAFREIGHT/ IFP | 122,18 | 80.382 |
| ADICIONAL POR TEMPORADA ALTA | 69,24 | 45.553 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION RECOGIDA | 16,00 | 10.526 |
| FLETE TERRESTRE | 3811,50 | 2.507.566 |

PO# A60689
BAL 0010-4136-606.042
EMITIDO POR JOSE PEÑA

| TOTAL AMOUNT | 6245,08 |
|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 4.108.606 | 4.108.606 | 4.108.606 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

GMTC: Transportes Internacionales en todas sus fases. Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Presidente 2231 - Of. 301 -302 - Fono: 3389380 - Fax: 3389301 - 3389302
Proveedores - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Almacén Comex s/it - Edificio Aereo Pudahuel - Of. 201 Fono-6801919 Fax 6016514
Pudahuel



| R.U.T. 79.769.320-0 |
| :---: |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22920** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 24-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3181-607.015 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 24-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | LEJ-61100801 | MAWB : | 172-60702600 |
|---|---|---|---|
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 22/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 172-60702600 | 1 | PCS | SPARE PARTS FOR BUCKET | 74.00 | .055 |
| LEJ-61100801 | | | WHEEL RECLAIMER /AC | ,00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 166,50 | 109.539 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| AIRPORT TRANSFER | 1,00 | 658 |
| | | |
| REF: A66422 | | |
| EMITIDA: AC | | |
| **TOTAL AMOUNT** | **296,50** | |

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 195.065 | 195.065 | 195.065 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne +Nagel Limitada

# KUEHNE+NAGEL 

GIRO: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301 -302 - Fono: 3389300 - Fax: 3389301 - 3389302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B
Armando Cortinez s/n - Edificio Aereo Pudahuel - Of: 201 Fono 6901919 Fax 6018514
Pudahuel

**R.U.T. 79.769.320-0**

## FACTURA NO AFECTA O
## EXENTA ELECTRÓNICA

**Nº 24046**

S.I.I. Santiago Oriente

| DATOS CLIENTE | |
|---|---|
| **Señor(es)** | : TULSA S.A. |
| **R.U.T.** | : 96.664.360-9 |
| **Dirección** | : SAN PIO X 2460 OFICINA 504SANTIAGO CHILE |
| **Giro** | : EXPORTADORA DE MADERAS |
| **Comuna** | : PROVIDENCIA |
| **Ciudad** | : SANTIAGO |

**Fecha:** 23-08-2006

**Nuestra Ref.**
7020-4042-608.014

**Fecha Vencimiento:** 11-09-2006

| | |
|---|---|
| **Tipo de Cambio:** 516,7975 | **Condiciones de pago:** 20 Days |

| VESSEL : | CAP BLANCHE VOY : | VOY : | 631N |
|---|---|---|---|
| P.O.L : | VALPARAISO | ETS : | 22/08/2006 |
| P.O.D. : | TILBURY | ETA : | 17/09/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SUDU4953340 | 1 | 40H | CONTAINER SAID TO CONTAIN | 44,578.56 | 85.728 |
| SEAL 0708474 | | | 16 BUNDLES CONTAINING | .00 | .000 |
| TARA 4060 | | | 42.864 M3 WITH CHILEAN | .00 | .000 |
| | | | RADIATA PINE DRIED PLYWOOD | .00 | .000 |
| | | | 2440 X 1220 | .00 | .000 |
| | | | PRODUCED BY TULSA S.A. | .00 | .000 |

| Descripción | USD | CLP |
|---|---|---|
| FLETE MARITIMO | 6000,00 | 3.100.785 |
| Emitida V.Vega | | |
| TOTAL AMOUNT | 6000,00 | |

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 3.100.785 | 3.100.785 | 3.100.785 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento en: www.sii.cl

IMPORTANTE:KUEHNE & NAGEL ESTA TOMANDO A SU CARGO SU NEGOCIO SUJETO A LAS "REGULACIONES DE PLATA PARA SERVICIOS DE TRANSPORTE DE MERCANCIAS,SUBCONTRATANDO SERVICIOS DE TRANSPORTE MANTIPULADERAS E TERRESTRE" QUE SE ENCUENTRAN DISPONIBLES MEDIANTE LA SOLICITUD CORRESPONDIENTE. KUEHNE & NAGEL LTDA. ES EN EXPRESA CONTINENDA QUE ACTUA SOLAMENTE COMO CONSIGNATARIO O AGENTE DE LAS EMPRESAS MADERAS, AEREAS O TERRESTRE QUE EJECUTAN EFECTIVAMENTE EL TRANSPORTE Y QUE EN CONSECUENCIA, LA REGULACION Y LIMITACION DE RESPONSABILIDAD DENDO SEA EL O LOS MISMOS EMPLEADOS CORRESPONDEN A LAS CONDICIONES  EMPRESAS EN EL DOCUMENTO EMITIDO POR PA, TRANSPORTISTA EFECTIVO, POR LAS LEYES NACIONALES IMPERATIVAS, O TRATADOS INTERNACIONALES VIGENTES EN EL CASO. ART. 982 CODIGO DE COMERCIO NO RECLAMANDOSE CONTRA EL CONTENIDO DE LA PRESENTE FACTURA DENTRO DE LOS OCHO DIAS SIGUIENTES A LA ENTREGA DE ESTA, SE LA TENDRA POR IRREVOCABLEMENTE ACEPTADA.