# EXHIBIT E

1159069.1

# DANISH DEFENCE CLUB

Kuehne & Nagel
KN Servicos de Logistica Ltda.
Sao Paulo

**Attn:** Mr. Erwin Brockman, Director/Project Division
Mr. Bob Kroger, Manager/Project Division
**Fax:** 00 55 11 3037 3333
**Pages:** 7

FAX

| Your ref | Our ref<br>2004/00045/MBL - MBL/MSA | Copenhagen<br>24 January 2005 |
|---|---|---|
| Copy:<br>Kuehne & Nagel, Schindellegi | Fax No:<br>00 41 44 786 9595 | Attn:/Your ref:<br>Mr. Reinhard Lange,<br>COO/International Forwarding |

## M/V GLOBAL TRAVELLER - Ambev Brewery - Santos/Callao - B/N dated 10 December 2003

We hereby approach you on behalf of Compass International Association Ltd., c/o Scan-Trans Inc., who were the carriers under the above-mentioned B/N for a voyage from Santos in Brazil to Callao, Peru, where Kuehne & Nagel Ltda, Sao Paulo, Brazil, were the merchants/charterers.

Seamount International Association Ltd., c/o Scan-Trans, are entered with this association for FD&D cover for the above voyage and have asked for our assistance in collecting the outstanding claim against Kuehne & Nagel for a total amount of USD 187,899.48.

Below we will set out the details in respect of the claim for your consideration.

TCL?

Our members, Seamount International Association Ltd., c/o Scan-Trans, fixed the GLOBAL TRAVELLER with your office in Brazil on a Conline B/N dated 10 December 2003. The vessel loaded a second-hand knocked down brewery in Santos, Brazil, for discharge in Callao, Peru.

As you are aware, several disputes arose during and after the discharge of this cargo and our members have since tried to resolve the same commercially with you, however, without success.

Below you will see a breakdown of the parties involved in the carriage:

| | |
|---|---|
| Carrier: | Compass International Association Ltd. |
| Carrier's agent: | Scan-Trans Inc. |
| Broker: | Narval |
| | Pic: Wallace De Barrios (no longer with Narval), Paulo Ribero |
| Charterer: | Kuehne & Nagel, Sao Paulo, Brazil (K&N) |
| | Pic: Mr. Thomas Weitman, Vice president (no longer with K&N) |
| | Mr. Cesar Gomez, Project manager (no longer with K&N) |
| Cargo owner: | Ambev |



## DANISH DEFENCE CLUB

Joint surveyor Santos:        Narval
K&N's surveyor Callao:        Crawford
Carrier's surveyor Callao:    Intersea

Furthermore, please find the following breakdown of the claim against Kuehne & Nagel for the total amount of USD 187,899.48:

| | | |
|---|---|---|
| 1) Balance freight | | |
| Out turn survey Callao - 50 pct | USD | 73,128.90 |
| 2) Racking system | USD | 3,440.00 |
| 3) THC - Santos | USD | 61,714.70 |
| 4) Detention - Santos | USD | 30,681.74 |
| Detention - Callao | USD | 1,750.00 |
| Extra expenses - Callao | USD | 12,432.00 |
| 5) Loss of interest | USD | 3,650.00 |
| Loss of interest/legal expenses | USD | 1,102.14 |
| | USD | - |

Total claim against Kuehne & Nagel        USD   187,899.48

We further attach copies of the explanation and breakdown from our members for all the subheadings 1-5.

Despite numerous requests for a commercial settlement of this case, our members have still not received the outstanding amount and we now ask that you consider this request within the next 14 days. Unless we have found a commercial solution within that period, our members have instructed us to commence arbitration proceedings on their behalf according to the B/N Rider Clause 38, which clearly describes that any dispute arising under this B/N shall be referred to arbitration in New York in accordance with the rules for arbitration proceedings of the Society of Maritime and Arbitrators Inc. in New York. We now suggest that you discuss this matter internally within Kuehne & Nagel as a matter of urgency in order to avoid arbitration proceedings being commenced in New York by our members.

We look forward to hearing from you but initially ask you to acknowledge receipt of this fax message.

Best regards
Danish Defence Club

+45 40 353423

Michael Boje-Larsen
+45 33 43 34 23 (direct line)
+45 33 32 12 05 (direct fax number)
ddc.cph@skuld.com (direct e-mail)

Danske Rederes Retsværn · Danish Defence Club · Frederiksborg