# EXHIBIT A

**CONSERVADOR DE BIENES RAICES DE SANTIAGO**
MORANDE 440 FONO: 3900800 - FAX: 3900800 SANTIAGO – CHILE
Correo Electrónico: servicios@conservador.cl – Internet: www.conservador.cl

## CERTIFICADO

El Conservador de Bienes Raíces y Comercio que suscribe, certifica, que al margen de la inscripción de la sociedad "Kuehne + Nagel Limitada" inscrita a fs. 26867 Nº 15442 del año 1987 no hay constancia que los socios le hayan puesto término al 21 de septiembre de 2006 .

Santiago, 22 de septiembre de 2006

Drs. $ 2.300



**RÉGIMEN GENERAL**

# CERTIFICADO DE INSCRIPCIÓN
## PADRÓN NACIONAL DE CONTRIBUYENTES

**NIT: 1028147021**

**NOMBRE / RAZÓN SOCIAL: KUEHNE + NAGEL LTDA.**

### DATOS GENERALES:

**DOMICILIO FISCAL:** AVENIDA SAN MARTIN NRO. 115, EDIFICIO TAMARINDO, PISO PB, DEPTO: 2, ZONA EQUIPETROL

**DEPENDENCIA:** SANTA CRUZ GC                         **ALCALDÍA:** SANTA CRUZ

**GRAN ACTIVIDAD:** SERVICIOS                          **MES DE CIERRE:** DICIEMBRE

**ACTIVIDAD PRINCIPAL:** TRANSPORTE DE CARGA INTERDEPARTAMENTAL Y LARGA DISTANCIA

**ACTIVIDADES SECUNDARIAS:**

**REPRESENTANTE LEGAL:** CESPEDES VERASTEGUI MIGUEL ANGEL          **Nº SUCURSALES:** 0

### OBLIGACIONES:

FORM. 156 - IT - IMPUESTO A LAS TRANSACCIONES - ALTA 31/07/1997 - MENSUAL
FORM. 80 - IUE - IMPUESTO SOBRE LAS UTILIDADES DE LAS EMPRESAS - ALTA 01/01/1999 - ANUAL
FORM. 143 - IVA - IMPUESTO AL VALOR AGREGADO - ALTA 31/07/1997 - MENSUAL
FORM. 98 - RC-IVA - AGENTES DE RETENCIÓN CTBTES. EN RELACIÓN DE DEPEND. - ALTA 07/10/1999 - MENSUAL

FECHA DE INSCRIPCIÓN AL PADRÓN:        31/07/1997
FECHA DE EMISIÓN DEL CERTIFICADO:      01/01/2005

OSCAR PLAZA PONTE
JEFE DPTO. GESTIÓN DE RECAUDACIÓN Y EMPADRONAMIENTO
GERENCIA GRACO SANTA CRUZ

IMPUESTOS NACIONALES

Este certificado contempla los datos declarados en su formulario de empadronamiento, además de las obligaciones generadas a partir del mismo. En caso de no estar de acuerdo con una o más datos u obligaciones, apersónese al Departamento de Gestión de Recaudación y Empadronamiento de la Gerencia Distrital ó Graco de su jurisdicción para regularizarlos.

# EXHIBIT B

Kuehne + Nagel Limitada

## KUEHNE+NAGEL



GIRO: Transportes internacionales en todas sus formas, Almacenaje, Distribución, Logística y Transporte Terrestre
Casa Matriz:
Av. Presidencia 2331 - Of. 301-302 - Fono: 3380300 - Fax: 3380301 - 3380302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Armando Cortínez s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6901319 Fax:6016514
Pudahuel

| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 21955** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 27-06-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-3010-606.030 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 27-07-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 662,2521 | Condiciones de pago: 30 Days |
| --- | --- |

| HAWB : | BRU-11084342 | MAWB : | 172-60482811 |
| --- | --- | --- | --- |
| DEPART AIRPORT : | Brussels | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 9551 | FLIGHT DATE : | 23/06/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| 172-60482811 | 1 | PCS | HOLLE AS - SHAFT POS 2601 | 155.00 | .184 |
| BRU-11084342 | | | > 1 EJE HUECO POS 2601/AC | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE AEREO IMPORTACION | 367,35 | 243.278 |
| FUEL SURCHARGE | 117,80 | 78.013 |
| SECURITY SURCHARGE | 23,25 | 15.397 |
| PICK-UP | 46,50 | 30.795 |
| HANDLING ORIGIN | 29,00 | 19.205 |

REF: A65215
EMITIDA: AC

| | TOTAL AMOUNT | 583,90 | |
| --- | --- | --- | --- |



| Monto Neto | Monto Exento | Total |
| --- | --- | --- |
| 386.688 | 386.688 | 386.688 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL



GIRO: Transporte Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3360300 - Fax: 3360301 - 3360302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B
Armando Cortinez s/n - Edificio Aereo Pudahuel - Of. 201 Fono-6501010 Fax 6010544
Pudahuel

| R.U.T. 79.769.320-0 |
| :---: |
| FACTURA NO AFECTA O EXENTA ELECTRÓNICA |
| Nº 22112 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 30-06-2006 |
| :--- | :--- | :--- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3181-606.013 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | |
| Ciudad | : SANTIAGO | Fecha Vencimiento: 01-08-2006 |

| Tipo de Cambio:  662,2521 | Condiciones de pago:   30 Days |
| :--- | :--- |

| HAWB : | LEJ-61100711 | MAWB : | 057-70224921 |
| :--- | :--- | :--- | :--- |
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 363M | FLIGHT DATE : | 30/06/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| :--- | :--- | :--- | :--- | :--- | :--- |
| 057-70224921 | 1 | PCS | SPARE PARTS FOR GEARS | 20.00 | .038 |
| LEJ-61100711 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
| :--- | :--- | :--- |
| FLETE AEREO IMPORTACION | 45,00 | 29.801 |
| FUEL SURCHARGE | 50,00 | 33.113 |
| SECURITY SURCHARGE | 15,00 | 9.934 |
| PICK-UP | 35,00 | 23.179 |
| HANDLING ORIGIN | 29,00 | 19.205 |
| ORIGIN CHARGE | 1,00 | 662 |

REF: A66659
EMITIDA: AC

| | TOTAL AMOUNT | 175,00 | |
| :--- | :--- | :--- | :--- |



| Monto Neto | Monto Exento | Total |
| :--- | :--- | :--- |
| 115.894 | 115.894 | 115.894 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GRIG: Transportes Internacionales en todos sus formas,Almacenaje,Distribucion
Logística y Transporte Terrestre
Casa Matriz:
Av. Providencia 2231 - Of. 304-302 - Fono: 3360303 - Fax: 3360301 - 3360302
Procasame - Santiago
Proceso Publicidad:
Terminal de Carga Aeropuerto C.A.M.E
Arrendo Carinar 2/A - Edificio Aereo Publidad - Of. 201 Fono 6901949 Fax 6910514
Publidad



| R.U.T. 79.769.320-0 |
| :---: |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **N° 22299** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 06-07-2006 |
| :--- | :--- | :--- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-4679-606.024 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 14-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago:  30 Days |
| :--- | :--- |

| VESSEL : | CCNI AVILES VOY : | VOY : | 5508SB |
| :--- | :--- | :--- | :--- |
| P.O.L : | HAMBURG | ETS : | 05/06/2006 |
| P.O.D. : | ANTOFAGASTA | ETA : | 15/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| :--- | :--- | :--- | :--- | :--- | :--- |
| TA-NR: | 3 | CAS | POLEA | 20,585.00 | 30.700 |
| P.O.NR:A6284 | | | DE RETORNO 1 PCS | .00 | .000 |
| A6289 | | | POLEA MOTRIZ 2 PCS | .00 | .000 |
| A6301 | | | | .00 | .000 |
| SERIAL NO: | | | | .00 | .000 |
| SOCIEDAD | | | | .00 | .000 |

| Descripción | EUR | CLP |
| :--- | :--- | :--- |
| FLETE MARITIMO | 4912,00 | 3.231.579 |
| BAF SEAFREIGHT/ IFP | 368,40 | 242.368 |
| ADICIONAL CANAL DE PANAMA | 404,63 | 266.204 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTATION | 16,00 | 10.526 |
| FLETE TERRESTRE | 6793,05 | 4.469.112 |

PO#A62848-A62892-A63017
BAL 0010-4136-606.021
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 12548.08 | |
| :--- | :--- | :--- | :--- |



| Monto Neto | Monto Exento | Total |
| :--- | :--- | :--- |
| 8.255.315 | 8.255.315 | 8.255.315 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL



GIRO: Transportes Internacionales en todas sus formas, Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz
Av. Providencia 2331 - Of. 301-302 - Fono: 3389302 - Fax: 3389301 - 3389302
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.S
Arrpando Cortínez s.n - Edificio Apoya Pudahuel - Of. 201 Fono 6011219 Fax 6016514
Pudahuel

| R.U.T. 79.769.320-0 |
|---|
| FACTURA NO AFECTA O EXENTA ELECTRÓNICA |
| N° 22302 |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 06-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-4679-607.011 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 14-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago: 30 Days |
|---|---|

| VESSEL : | CCNI AVILES VOY : | VOY : | 5508SB |
|---|---|---|---|
| P.O.L : | HAMBURG | ETS : | 03/06/2006 |
| P.O.D. : | ANTOFAGASTA | ETA : | 15/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SOCIEDAD CON | 2 | CAS | SPARE PARTS FOR BUCKET | 10,490.00 | 10.497 |
| MINERA EL AB | | | WHEEL RECLAIMER | .00 | .000 |
| ORDERNR: A63 | | | HS CODE 84314980 | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE MARITIMO | 1312,12 | 863.237 |
| BAF SEAFREIGHT/ IFP | 73,81 | 48.559 |
| ADICIONAL CANAL DE PANAMA | 41,82 | 27.513 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION | 16,00 | 10.526 |
| FLETE TERRESTRE | 3461,70 | 2.277.434 |

PO#A63205
BAL 0010-4136-606.012
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 4959,45 | |
|---|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 3.262.795 | 3.262.795 | 3.262.795 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

# EXHIBIT C

1159069.1
1159069.1

Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

GIRO: Transportes internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3386300 - Fax: 3386301 - 3386302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto-C.A.M.S
Amando Cortinez s/n - Edificio Aereo Pudahuel - Of. 201 Fono 6901940 Fax:6018514
Pudahuel



| R.U.T. 79.769.320-0 |
|:---:|
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22293** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | Fecha: 06-07-2006 |
| R.U.T. | : 96.701.340-4 | |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | Nuestra Ref. |
| Giro | : GRAN MINERIA DEL COBRE | 7020-3174-607.023 |
| Comuna | : SANTIAGO,C H I L E | |
| Ciudad | : SANTIAGO | Fecha Vencimiento: 05-08-2006 |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | FRA-62017974 | MAWB : | 045-51610974 |
|---|---|---|---|
| DEPART AIRPORT : | Frankfurt | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 05/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 045-51610974 | 1 | PCS | OIL COOLER | 50,00 | .397 |
| FRA-62017974 | | PCS | /AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 142,98 | 94.066 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A66963
EMITIDA: AC

| | TOTAL AMOUNT | 272.98 | |
|---|---|---|---|



| Monto Neto | Monto Exento | Total |
|---|---|---|
| 179.592 | 179.592 | 179.592 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GAG: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Presidencia 2211 - Cf. 301-302 - Fono: 3388380 - Fax: 3388301 - 3388302
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.B
Armando Cortinez s/n - Edificio Aduea Pudahuel - Of. 201 Fono 6071919 Fax:6016514
Pudahuel



| R.U.T. 79.769.320-0 |
|---|
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **N° 22482** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 12-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3174-607.038 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 10-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | DRS-61400340 | MAWB : | 172-60702585 |
|---|---|---|---|
| DEPART AIRPORT : | Frankfurt | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 08/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 172-60702585 | 1 | PCS | VENTILATOR AND EQUIPMENT | 48.00 | .560 |
| DRS-61400340 | | | VENTILATOR /AC | .00 | .000 |
| | | PCS | NOT RESTRICTED | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 205,70 | 135.329 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A65473 A66453
EMITIDA: AC

| | TOTAL AMOUNT | 335,70 | |
|---|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 220.855 | 220.855 | 220.855 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

SINO: Transportes Internacionales en todos sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2233 - Of. 301-302 - Fono: 3398300 - Fax: 3398301 - 3398302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.S
Arrendo Contesat s/n - Edificio Apoxo Pudahuel - Of. 201 Fono 6901918 Fax:6018514
Pudahuel

| R.U.T. 79.769.320-0 |
| --- |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22483** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 12-07-2006 |
| --- | --- | --- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3181-607.011 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 10-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
| --- | --- |

| HAWB : | LEJ-61100747 | MAWB : | 172-60702585 |
| --- | --- | --- | --- |
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 08/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
| --- | --- | --- | --- | --- | --- |
| 172-60702585 | 1 | PCS | SPARE PARTS FOR BUCKET | .80 | .008 |
| LEJ-61100747 | | | WHEEL RECLAIMER /AC | .00 | .000 |

| Descripción | EUR | CLP |
| --- | --- | --- |
| FLETE AEREO IMPORTACION | 45,00 | 29.605 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |
| | | |
| REF: A67430 | | |
| EMITIDA: AC | | |
| TOTAL AMOUNT | 175,00 | |

| | Monto Neto | Monto Exento | Total |
| --- | --- | --- | --- |
| | 115.131 | 115.131 | 115.131 |



Timbre Electrónico SII
Rcs. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

INFO: Transportes Internacionales en todas sus formas, Almacenaje, Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 • Of. 301-302 • Fono: 3365362 • Fax: 3365361 • 3665002
Providencia - Santiago
Aduana Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B.
Almacén Cortines s/n • Edificio Aereo Pudahuel • Of. 201 Fono 6971016 Fax 6016514
Pudahuel



<table>
<tr><td colspan="2">R.U.T. 79.769.320-0<br><br>FACTURA NO AFECTA O<br>EXENTA ELECTRÓNICA<br><br>Nº 22687</td></tr>
</table>

S.I.I. Santiago Oriente

| DATOS CLIENTE | | |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | Fecha: 18-07-2006 |
| R.U.T. | : 96.701.340-4 | |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | Nuestra Ref. |
| Giro | : GRAN MINERIA DEL COBRE | 7020-3181-607.012 |
| Comuna | : SANTIAGO,C H I L E | |
| Ciudad | : SANTIAGO | Fecha Vencimiento: 16-08-2006 |

| Tipo de Cambio:  657,8942 | Condiciones de pago:   30 Days |
|---|---|

| HAWB : | LEJ-61100760 | MAWB : | 045-51611486 |
|---|---|---|---|
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 16/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 045-51611486<br>LEJ-61100760 | 1 | PCS | LABYRINTH COVER SET GEAR<br>BOX SIDE AND PULLEY S/AC | 300.00<br>.00 | .551<br>.000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 675,00 | 444.079 |
| FUEL SURCHARGE | 180,00 | 118.421 |
| SECURITY SURCHARGE | 45,00 | 29.605 |
| PICK-UP | 90,00 | 59.210 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 3,00 | 1.974 |

REF: A65164
EMITIDA: AC

| | TOTAL AMOUNT | 1022,00 | |
|---|---|---|---|



| Monto Neto | Monto Exento | Total |
|---|---|---|
| 672.368 | 672.368 | 672.368 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

## KUEHNE+NAGEL

GIRO: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Casa Matriz
Av. Providencia 2331 - Of. 301-302 - Fono: 3385000 - Fax: 3385001 - 3385002
Providencia - Santiago
Sucursal Pudahuel
Terminal de Carga Aeropuerto C.A.M.B
Arrendamiento Cobinar s/n - Edificio Aereo Pudahuel - Of. 391 Fono:6901919 Fax:6018514
Pudahuel

| R.U.T. 79.769.320-0 |
| :---: |
| **FACTURA NO AFECTA O**<br>**EXENTA ELECTRÓNICA** |
| **N° 22691** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
| :--- | :--- | :--- |
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3181-607.014 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | |
| Ciudad | : SANTIAGO | Fecha Vencimiento: 16-08-2006 |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
| :--- | :--- |

| HAWB : | LEI-61100774 | MAWB : | 045-51611486 |
| :--- | :--- | :--- | :--- |
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 705 | FLIGHT DATE : | 16/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KOS | CBM |
| :--- | :--- | :--- | :--- | :--- | :--- |
| 045-51611486 | 1 | PCS | HYDRO MOTOR N.R. | 45.00 | .288 |
| LEI-61100774 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
| :--- | :--- | :--- |
| FLETE AEREO IMPORTACION | 108,00 | 71.053 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| ORIGIN CHARGE | 1,00 | 658 |

REF: A66668
EMITIDA: AC

| | TOTAL AMOUNT | 238,00 | |
| :--- | :--- | :--- | :--- |



| Monto Neto | Monto Exento | Total |
| :---: | :---: | :---: |
| 156.579 | 156.579 | 156.579 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GRO: Transportes Internacionales en todas sus formas, Almacenaje, Distribucion
Logistica y Transporte Terrestre
Casa Matriz:
Av. Providencia 2594 • Of. 301-302 • Fono: 3365360 • Fax: 3365361 • 3365302
Providencia • Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.S
Arrendado Cortezzi s/n • Edificio Aereo Pudahuel • Of. 201 Fono 6901919 Fax 6916514
Pudahuel



| | |
|---|---|
| **R.U.T. 79.769.320-0** | |
| **FACTURA NO AFECTA O** | |
| **EXENTA ELECTRÓNICA** | |
| **Nº 22737** | |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-3183-607.014 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 17-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | SZG-18209178 | MAWB : | 172-60704173 |
|---|---|---|---|
| DEPART AIRPORT : | Munich | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 9191 | FLIGHT DATE : | 14/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 172-60704173 | 2 | PCS | TOOLS | 375.00 | 2.076 |
| SZG-18209178 | | | /AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 937,50 | 616.776 |
| FUEL SURCHARGE | 225,00 | 148.026 |
| SECURITY SURCHARGE | 56,25 | 37.007 |
| PICK-UP | 112,50 | 74.013 |
| HANDLING ORIGIN | 29,00 | 19.079 |

REP: A65079 A66241 A66256 A66543 A66768 A66897 A67049
EMITIDA: AC

| | TOTAL AMOUNT | 1360,25 | |
|---|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 894.901 | 894.901 | 894.901 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GIRO: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Legislatory Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 201 -302 - Fono: 3389360 - Fax: 3389801 - 3389802
Presidencia - Santiago
Sucursal Puchuncavi:
Terminal de Carga Aeropuerto C.A.M.B
Aeropuerto Comodoro A.M. Benitez - Edificio Aerea Pudahuel - Ofc 201 Fono 6901919 Fax 6018514
Pudahuel



| R.U.T. 79.769.320-0 |
|---|
| **FACTURA NO AFECTA O EXENTA ELECTRONICA** |
| **Nº 22739** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | 7020-4679-607.012 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO,C H I L E | Fecha Vencimiento: 26-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | | Condiciones de pago: | 30 Days |
|---|---|---|---|

| VESSEL : | CCNI ANGOL VOY : | VOY : | 5639SB |
|---|---|---|---|
| P.O.L : | HAMBURG | ETS : | 24/06/2006 |
| P.O.D. : | ANTOFAGASTA | ETA : | 27/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SOCIEDAD CON | 1 | CAS | SPARE PARTS FOR BUCKET | 11,300.00 | 22.372 |
| MINERA EL AB | | | WHEEL RECLAIMER | .00 | .000 |
| ORDERNR: A64 | | | HS CODE 84314980 | .00 | .000 |
| | | | 850 X 140 X 188 CM | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE MARITIMO | 3579,52 | 2.354.947 |
| BAF SEAFREIGHT/ IPP | 201,35 | 132.467 |
| ADICIONAL CANAL DE PANAMA | 114,10 | 75.066 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION RECOGIDA | 16,00 | 10.526 |
| FLETE TERRESTRE | 4520,00 | 2.973.684 |

PO# A64738
BAL 0010-4136-606.031
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 8484,97 |
|---|---|---|

| Monto Neto | Monto Exento | Total |
|---|---|---|
| 5.582.216 | 5.582.216 | 5.582.216 |



Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

# KUEHNE+NAGEL

GMC: Transporte internacional en todos sus formas, Almacenaje, Distribución
Logística y Transporte Terrestre
Casa Matriz:
Av. Providencia 2331 - Of. 301-302 - Fono: 3389300 - Fax: 3389301 - 3389302
Providencia - Santiago
Internet Purbhuel:
Terminal de Carga Aeropuerto C.A.M.S
Armando Cortinez s/n - Edificio Aéreo Purbhuel - Of. 201 Fono 6801919 Fax 6916544
Purbhuel

|  |
|---|
| R.U.T. 79.769.320-0 |
| **FACTURA NO AFECTA O EXENTA ELECTRÓNICA** |
| **Nº 22740** |

S.I.I. Santiago Oriente

| DATOS CLIENTE | | Fecha: 18-07-2006 |
|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | |
| R.U.T. | : 96.701.340-4 | Nuestra Ref. |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4 LAS CONDES | 7020-4679-607.013 |
| Giro | : GRAN MINERIA DEL COBRE | |
| Comuna | : SANTIAGO, C H I L E | Fecha Vencimiento: 26-08-2006 |
| Ciudad | : SANTIAGO | |

| Tipo de Cambio: 657,8947 | Condiciones de pago:  30 Days |
|---|---|

| VESSEL : | CCNI ANGOL VOY : | VOY : | 5639SB |
|---|---|---|---|
| P.O.L : | HAMBURG | ETS : | 24/06/2006 |
| P.O.D : | ANTOFAGASTA | ETA : | 27/07/2006 |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| SOCIEDAD CON | 2 | CAS | CONJUNTO | 11,550.00 | 13.600 |
| MINERA EL AB | | | EJE/CORONA COMPLETO Y | .00 | .000 |
| | | | AMADO PARA | .00 | .000 |
| ORDERNR: A60 | | | HS CODE ........ | .00 | .000 |
| | | | JB 170 X 165 X 242 CM | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE MARITIMO | 2172,16 | 1.429.053 |
| BAF SEAFREIGHT/ IFP | 122,18 | 80.382 |
| ADICIONAL POR TEMPORADA ALTA | 69,24 | 45.553 |
| GASTOS DE MANEJO | 54,00 | 35.526 |
| DOCUMENTACION RECOGIDA | 16,00 | 10.526 |
| FLETE TERRESTRE | 3811,50 | 2.507.566 |

PO# A60689
BAL 0010-4136-606.042
EMITIDO POR JOSE PEÑA

| | TOTAL AMOUNT | 6245.08 | |
|---|---|---|---|



| Monto Neto | Monto Exento | Total |
|---|---|---|
| 4.108.606 | 4.108.606 | 4.108.606 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl

Kuehne + Nagel Limitada

**KUEHNE+NAGEL**

GRO: Transportes Internacionales en todas sus formas,Almacenaje,Distribucion
Logistica y Transporte Terrestre
Carga Movia:
Av. Providencia 2331 - Of. 301 -302 - Fono: 3369360 - Fax: 3369301 - 3369302
Providencia - Santiago
Sucursal Pudahuel:
Terminal de Carga Aeropuerto C.A.M.B
Amardo Cortinez s/n - Edificio Aereo Pudahuel - Of. 301 Fono-6801919 Fax 6018514
Pudahuel



R.U.T. 79.769.320-0

**FACTURA NO AFECTA O
EXENTA ELECTRÓNICA**

Nº 22920

S.I.I. Santiago Oriente

| DATOS CLIENTE | | | |
|---|---|---|---|
| Señor(es) | : SOCIEDAD CONTRACTUAL MIN. EL ABRA | Fecha: 24-07-2006 | |
| R.U.T. | : 96.701.340-4 | | |
| Dirección | : AVDA. APOQUINDO 4499, PISO 4LAS CONDES | Nuestra Ref. | |
| Giro | : GRAN MINERIA DEL COBRE | 7020-3181-607.015 | |
| Comuna | : SANTIAGO,C H I L E | | |
| Ciudad | : SANTIAGO | Fecha Vencimiento: 24-08-2006 | |

| Tipo de Cambio: 657,8942 | Condiciones de pago: 30 Days |
|---|---|

| HAWB : | LEJ-61100801 | MAWB : | 172-60702600 |
|---|---|---|---|
| DEPART AIRPORT : | Leipzig | ARRIVAL AIRPORT : | Santiago |
| FLIGHT NO. : | 8011A | FLIGHT DATE : | 22/07/2006 |
| FREIGHT PAYMENT : | COLLECT | | |

| MARKS & NOS | QTY | PCS | DESCRIPTION OF GOODS | GROSS WT KGS | CBM |
|---|---|---|---|---|---|
| 172-60702600 | 1 | PCS | SPARE PARTS FOR BUCKET | 74.00 | .055 |
| LEJ-61100801 | | | WHEEL RECLAIMER /AC | .00 | .000 |

| Descripción | EUR | CLP |
|---|---|---|
| FLETE AEREO IMPORTACION | 166,50 | 109.539 |
| FUEL SURCHARGE | 50,00 | 32.895 |
| SECURITY SURCHARGE | 15,00 | 9.868 |
| PICK-UP | 35,00 | 23.026 |
| HANDLING ORIGIN | 29,00 | 19.079 |
| AIRPORT TRANSFER | 1,00 | 658 |

REF: A66422
EMITIDA: AC

| | TOTAL AMOUNT | 296,50 | |
|---|---|---|---|



| Monto Neto | Monto Exento | Total |
|---|---|---|
| 195.065 | 195.065 | 195.065 |

Timbre Electrónico SII
Res. 95 de 2004 - Verifique documento: www.sii.cl