11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12.22.06

December 18, 2006

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing or
otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
such service within 5 days from the date hereof. Do
[not] fax such certification to Chambers.

**_By Facsimile (212) 805-0426_**
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

Re: **Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**
    Docket No. 06 Civ. 5648 (LTS)
    Our ref: 1219

Dear Judge Swain:

    We represent the Petitioner, Seamount International Association Ltd., in the
above captioned action. In light of Respondent counsel's admissions, we write to request
that the Court issue a Supplemental Ex-Parte Order of Attachment adding the trade
names "Kuehne and Nagel Servicos Logisticos Ltda." and "K&N Servicos Logisticos
Ltda." to the attachment and/or memo-endorse this letter allowing the continued restraint
of funds moving in the name of "K&N Servicos Logisticos" recently stopped by ABN-
AMRO bank.

    This morning, we were contacted by garnishee bank, ABN-AMRO, which
informed us that pursuant to the Ex-Parte Order of Attachment issued in the instant
matter that it had temporarily restrained funds in the amount of $737.07 sent from the
entity "K&N Servicos Logisticos" of Brazil. However, ABN-AMRO has questioned its
ability to keep the funds under restraint as "K&N Servicos Logisticos" is not specifically
named in the Writ.

    In its latest submission, Respondent's counsel admits that Respondent Kuehne &
Nagel Ltda. is "now known as Kuehne & Nagel Servicos Logisticos Ltda." _See_
_Respondent's Supplemental Memorandum of Law, 1._ Furthermore, Respondent's counsel
states that "KN Servicos Logisticos was involved in the transaction at issue here." _See_
_Respondent's Supplemental Memorandum of Law, fn. 1._

---

THOMAS L. TISDALE
ADMITTED IN NY & CT

PATRICK F. LENNON
ADMITTED IN NY & CT

CHARLES E. MURPHY
ADMITTED IN NY & CT

KEVIN J. LENNON
ADMITTED IN NY & CT

LAUREN C. DAVIES
ADMITTED IN CT

NANCY R. PETERSON
ADMITTED IN NY & CT

Thus, in light of Respondent's admissions, we respectfully request that the Court memo-endorse this letter authorizing the continued restraint of Respondent's funds moving in the name of "K&N Servicos Logisticos" at ABN-AMRO bank and/or sign the proposed Supplemental Ex-Parte Order of Attachment attached to this letter. Also, please find attached to this letter the supporting affidavit attesting to the fact that the Respondent Kuehne and Nagel Ltda. (Brazil) and its various aliases cannot be found within the district.

Respondent's counsel has admitted that Kuehne and Nagel Servicos Logisticos Ltda. and Kuehne and Nagel, Ltda. (Brazil) are one in the same. Thus, Petitioner would suffer great prejudice if ABN-AMRO were able to release the funds referenced above which were clearly sent by the Respondent.

In light of ABN-AMRO's inquiries and the short time frame in which to act, we request that this matter be brought the Court's immediate attention. We are available to discuss the matters raised herein at your Honor's convenience. Thank for your attention to the foregoing.

Respectfully yours,

Nancy R. Peterson

cc:   **By Facsimile (212) 732-3232**
      Judith A. Lockhart
      Carter, Ledyard & Milburn LLP

The application for a supplemental order of attachment and authorization of continued restraint of the funds is denied, as the Servicos Logisticos entities are not named in the current verified pleadings. This denial is without prejudice to any proper amendment of the pleadings or further application consistent with such an amendment.

**SO ORDERED.**

12/22/2006

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed 12/22/06
Chambers of