# EXHIBIT "C"





| Company | Services | Industries | Locations | Tools | Jobs & Career |

Home » Locations » Central and South America » Brazil » Branch Offices » Sao Paulo

**Branch Offices** | Select an office

Kuehne + Nagel Serviços Logisticos Ltda.
National Headoffice
**Av. Brigadeiro Faria Lima, 2066**
**6°andar-cj. 62/64, Jd. Paulistano**
**01451-905 Sao Paulo**
Phone: +55-11-3037-3300
Fax:   +55-11-3037-3333
E-Mail: info.saopaulo@kuehne-nagel.com

Nacora Corretagens de Seguros Ltda.
**Av.Brigadeiro Faria Lima, 2066**
**6° andar - Parte 2, Jd. Paulistano**
**01451-905 Sao Paulo**
Phone: +55-11-30373300
Fax:   +55-11-30373333

→ Search

Support Center | Sitemap | Legal Disclaimer