# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

Judith A. Lockhart
Partner

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

January 18, 2007

**BY FACSIMILE (212) 805-0426**

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Seamount International Association, Ltd. v. Kuehne & Nagel, Ltda., Case No. 06 Civ 5648 (LTS)

Dear Judge Swain:

We represent the Respondent Kuehne + Nagel in the above-captioned matter. At the conference on January 12 your Honor set a schedule on the pending motion to amend the petition wherein opposition papers would be due on January 19 and reply papers would be due on January 22. Argument was scheduled for February 7, 2007.

As we informed the Court at the conference, the parties are attempting to resolve the issues before the Court. Accordingly, we respectfully request the Court extend the Respondent's time to file opposition papers until January 26 and Petitioner's time to file reply papers until January 29 to give the parties additional time to resolve the matter. We are not asking to move the February 7 conference.

Petitioner's counsel has consented to the proposed schedule change.

The request is granted.
SO ORDERED.

Respectfully submitted,

Judith A. Lockhart

/s/ LAURA TAYLOR SWAIN 1/19/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
JAL:mar

cc: Nancy Peterson, Esq.
Patrick Lennon, Esq.

6146872.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/19/07

TOTAL P.02