USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/02/07

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

## TISDALE & LENNON, LLC
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

April 2, 2007

*By Facsimile (212) 805-0426*
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not file] such certification to Chambers.

Re:   **Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**
      Docket No. 06 Civ. 5648 (LTS)
      Our ref: 1219

Dear Judge Swain:

We represent the Petitioner, Seamount International Association Ltd., in the above captioned action. Together with the Respondent, Kuehne and Nagel Ltda., we write to request that the pre-trial conference scheduled for this Wednesday, April 4, 2007 at 10:30 a.m., be adjourned for 10 days to allow additional time for the parties to comply with the terms of the settlement agreement. We respectfully request that the conference not be scheduled from April 17 to April 20 as Respondent's counsel is unavailable on those dates.

We are available to discuss the foregoing at your Honor's convenience.

Respectfully yours,

Nancy R. Peterson

*The conference is adjourned to April 16, 2007 at 4:30 pm.*
**SO ORDERED.**

2 April 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc:   *By Facsimile (212) 732-3232*
      Judith A. Lockhart
      Carter, Ledyard & Milburn LLP

THOMAS L. TISDALE     PATRICK F. LENNON     CHARLES E. MURPHY     KEVIN J. LENNON     LAUREN C. DAVIES     NANCY R. PETERSON
ADMITTED IN NY & CT   ADMITTED IN NY & CT   ADMITTED IN NY & CT   ADMITTED IN NY & CT  ADMITTED IN CT       ADMITTED IN NY & CT