11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

**TISDALE & LENNON, LLC**
ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
Fax (203) 254-1641

www.Tisdale-Lennon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 13 2007

April 12, 2007

*By Facsimile (212) 805-0426*
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

Re:    **Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**
       Docket No. 06 Civ. 5648 (LTS)
       Our ref: 1219

Dear Judge Swain:

We represent the Petitioner, Seamount International Association Ltd., in the above captioned action. Together with the Respondent, Kuehne and Nagel Ltda., we write to request that the Conference scheduled for this Monday, April 16, 2007 at 4:30 a.m., be adjourned for 10 days while the settlement agreement is finalized. We respectfully request that the conference be scheduled on or after April 30th to accommodate the parties' schedules.

We are available to discuss the foregoing at your Honor's convenience.

Respectfully yours,

Nancy R. Peterson

cc:   *By Facsimile (212) 732-3232*
      Judith A. Lockhart
      Carter, Ledyard & Milburn LLP

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

The conference is adjourned to May 4, 2007 at 10AM.
SO ORDERED.

13 April 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

THOMAS L. TISDALE    PATRICK F. LENNON    CHARLES E. MURPHY    KEVIN J. LENNON    LAUREN C. DAVIES    NANCY R. PETERSON
ADMITTED IN NY & CT  ADMITTED IN NY & CT  ADMITTED IN NY & CT  ADMITTED IN NY & CT ADMITTED IN CT       ADMITTED IN NY & CT