

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@Tisdale-Lennon.com

# TISDALE & LENNON, LLC
### ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

www.Tisdale-Lennon.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2007
```

May 1, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

*By Facsimile (212) 805-0426*
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

Re:   **Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**
      Docket No. 06 Civ. 5648 (LTS)
      Our ref: 1219

Dear Judge Swain:

We represent the Petitioner, Seamount International Association Ltd., in the above captioned action. Together with the Respondent, Kuehne and Nagel Ltda., we write to request that the conference scheduled for this Friday, May 4, 2007 at 10:00 a.m., be adjourned. In lieu of scheduling a new date for the conference, we request that the parties be allowed to submit a status report (either jointly or on an individual basis) by May 31, 2007 regarding the progression of the arbitration.

We are available to discuss the foregoing at your Honor's convenience.

*The request is granted. By May 31, 2007, counsel shall make a joint written report as to the status of the matter and shall indicate whether this case should be maintained on the suspense calendar, dismissed, or maintained on the active calendar.*

Respectfully yours,

Nancy R. Peterson

cc:   *By Facsimile (212) 732-3232*
      Judith A. Lockhart
      Carter, Ledyard & Milburn LLP

**SO ORDERED.**

1 May 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

| THOMAS L. TISDALE | PATRICK F. LENNON | CHARLES E. MURPHY | KEVIN J. LENNON | LAUREN C. DAVIES | NANCY R. PETERSON |
|---|---|---|---|---|---|
| ADMITTED IN NY & CT | ADMITTED IN NY & CT | ADMITTED IN NY & CT | ADMITTED IN NY & CT | ADMITTED IN CT | ADMITTED IN NY & CT |