UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Seamount International Association Ltd.,

Petitioner,

06 Civ. 05648 (LTS)

-against-

Kuehne & Nagel Ltda.,

Respondent.
------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  _____Nancy R. Peterson_____

**X** Attorney

    **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __NP 2871__
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____Tisdale & Lennon, LLC_____

    To: _____Lennon, Murphy & Lennon, LLC_____

**X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
Telephone Number: ____(212) 490-6050_____
Fax Number: ____(212) 490-6070_____
E-Mail Address: ____nrp@lenmur.com_____
Dated: ____6/4/2007____      /s/