# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

June 4, 2007

<u>*Via Facsimile (212) 805-0426*</u>
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   <u>**Seamount International Association Ltd. v. Kuehne and Nagel Ltda.**</u>
　　　Docket No. 06 Civ. 5648 (LTS)
　　　LML Ref: 1078

Dear Judge Swain:

　　　We represent the Petitioner, Seamount International Association Ltd., in the above captioned action. Together with the Respondent, Kuehne and Nagel Ltda., we write to provide the Court with a joint status update and to request that this case be kept on the suspense calendar for another 30 days.

　　　Regarding security, Respondent has provided the requested guarantee, and Petitioner is making arrangements to set forth its guarantee as well. The parties have begun arbitration proceedings, and hope to dismiss the instant action as soon as Respondent is in receipt of Petitioner's guarantee.

　　　Thus, by this letter, we request that the case by placed on the suspense docket for another 30 days while the Petitioner arranges for the outstanding guarantee. We stipulate that a joint status letter be submitted to the Court by July 6, 2007 unless the parties agree to dismiss the action before this date.

　　　We are available to discuss the foregoing at your Honor's convenience.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 4 2007
```

      Also, please find attached hereto courtesy copies of the Notices of Change of Address for Patrick F. Lennon and myself, which were filed with the Court earlier today.

                                              Respectfully yours,

                                              Nancy R. Peterson

cc:    *By Facsimile (212) 732-3232*
       Judith A. Lockhart
       Carter, Ledyard & Milburn LLP

> The foregoing requests are granted, and the Clerk of Court is respectfully requested to enter the address changes in the Court's records.
>
> SO ORDERED.
>
> Laura Taylor Swain    6/4/2007
> UNITED STATES DISTRICT JUDGE