JUN-27-2007 18:21          CL&M                                                               SWAIN, S.
                                                                                                P.02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAMOUNT INTERNATIONAL                          :
ASSOCIATION LTD.,
                                                :
            Petitioner,
                                                :       06 CV 5648 (LTS)
      - against -
                                                :       ECF CASE

                                                :
KUEHNE & NAGEL LTDA.,
                                                :
            Respondent.
------------------------------------------------------------X

### STIPULATION DIRECTING DISMISSAL OF ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein through their undersigned attorneys that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 28, 2007

LENNON, MURPHY & LENNON, LLC           CARTER, LEDYARD & MILBURN LLP
Attorneys for Petitioner               Attorneys for Respondent
SEAMOUNT INTERNATIONAL                 KUEHNE & NAGEL LTDA
ASSOCIATION LTD INC.

By: _____                  By: _____
Nancy R. Peterson (NP 2871)            Judith A. Lockhart
The Gray Bar Building                  2 Wall Street
420 Lexington Ave., Suite 300          New York, NY 10005
New York, New York 10170               (212) 732-3200
(212) 490-6050

SO ORDERED:

_____ 6/29/2007
         U.S.D.J.

TOTAL P.02